UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) | |
| INC., et. al., | ) | |
|        Plaintiffs, | ) | |
| | ) | |
|    vs. | ) | 1:04-cv-1896- LJM-VSS |
| | ) | |
| MARSH USA, INC., | ) | |
|        Defendant. | ) | |

## ENTRY FOR SEPTEMBER 30, 2005
## MAGISTRATE JUDGE V. SUE SHIELDS

Parties appear in person and by counsel for settlement conference.  Conference

held and concluded without resolution.

Copies to:[1]

Jack B. Cobetto
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Wade Dunlap Fulford
LOCKE REYNOLDS LLP
wfulford@locke.com

John K. McDavid
LOCKE REYNOLDS LLP
jmcdavid@locke.com

Andrew B. Miller
STARR AUSTEN TRIBBETT MYERS &
MILLER
miller@satmlaw.com

Scott L. Starr
STARR AUSTIN TRIBBETT MYERS &
MILLER
starr@satmlaw.com

---

[1]Please note that the court will not mail copies of this entry to those attorneys of record who have not provided their email address to the court.  As of September 1, 2004, the failure to register for the court's electronic filing system constitutes a violation of Local Rule 5.7(b).  It is the responsibility of co-counsel who are registered to ensure that the entry is distributed to all non-registered counsel, and registered co-counsel also should urge all counsel to comply with the local rule and register to use the court's electronic filing system so that they may receive notice of future entries from the court by email.  Information on how to register may be found on the court's website at http://www.insd.uscourts.gov/ecf_info.htm.