IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CINCINNATI INSURANCE COMPANY, INC.  )
as Assignee of METAL FORMING  )
TECHNOLOGIES, INC. and DYNAMERICA  )
MANUFACTURING  COMPANY,  )
        Plaintiffs,  )
  ) Cause No.  1:04-CV-1896-LJM-VSS
v.  )
  )
MARSH USA, INC., a/k/a  )
MARSH & McLENNAN COMPANY,  )
        Defendant.  )

**CINCINNATI INSURANCE COMPANY'S FINAL WITNESS AND EXHIBIT LISTS**

Comes now Plaintiff, Cincinnati Insurance Company as Assignee of Metal Forming Technologies, Inc. and DynAmerica Manufacturing Company, by counsel and pursuant to the Case Management Plan, submit their final witness and exhibit lists.

**THE FOLLOWING WITNESSES ARE EXPECTED TO TESTIFY AT TRIAL:**

| Name/Address/Phone | Information |
|---|---|
| David Riesmeyer<br>4849 S. Austin Ave.<br>Chicago, IL  60638<br>708-563-4657 | Procurement of Insurance with Marsh / Lease of Muncie facility; Relationship between MTI and Marsh. |
| Tami Spiece<br>770 Woodland Dr.<br>Saline, MI  48176<br>734-429-6208 | Procurement of Insurance with Marsh / Lease of Muncie facility; Relationship between MTI and Marsh. |
| Terry King<br>7738 Moller Rd.<br>Indianapolis, IN  46268<br>317-334-9170 | Cause of fire at Muncie DynAmerica Facility on 03/21/00. |

| | |
|---|---|
| James Wood<br>325 S. 26th St.<br>Lafayette, IN  47904<br>765-446-3847 | Cause of fire at Muncie DynAmerica Facility on 03/21/00. |
| Robert B. Schwarz, Sr.<br>4340 Regency Dr.<br>Glenview, IL  60025-5218<br>847-299-9181 | Cause of fire at Muncie DynAmerica Facility on 03/21/00. |
| Raiford Terry<br>11151 N. Old Grainville Rd.<br>Albany, IN  47302<br>765-747-4849 | Cause of fire at Muncie DynAmerica Facility on 03/21/00. |
| Kelly Mazur<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA  15222 | Placement of insurance for MTI, and conduct of Marsh in working with MTI. |
| Lee Rosenthal<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA  15222 | Placement of insurance for MTI, and conduct of Marsh in working with MTI. |
| Glendora Harris<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA  15222 | Placement of insurance for MTI, and conduct of Marsh in working with MTI. |
| Craig Ream<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA  15222 | Placement of insurance for MTI, and conduct of Marsh in working with MTI. |
| Harry Brooks<br>7300 Dearwester Dr. #149<br>Cincinnati, OH  45236<br>513-793-0317 | Marsh's violations of duty. |

## THE FOLLOWING WITNESSES MAY BE CALLED TO TESTIFY AT TRIAL:

| Name/Address/Phone | Information |
|---|---|
| Richard K. Shoultz, Esq.<br>501 Indiana Ave., Ste. 200<br>Indianapolis, IN  46202<br>317-237-0500 | When MTI first learned of lack of coverage. |
| Thomas McCarthy<br>8214 N. Senaca Dr.<br>Muncie, IN  47303<br>765-286-8463 | Fire 03/21/00 at Muncie DynAmerica facility / Lease/Insurance coverages at Muncie premises. |
| Valerie Owens<br>P.O. Box 928<br>Muncie, IN  47308<br>765-282-1522 | Fire damages at Muncie DynAmerica premises on 03/21/00. |
| Chris Sliga<br>P.O. Box 1296<br>Noblesville, IN  46061<br>317-774-8273 | Fire damages at Muncie DynAmerica premises on 03/21/00.  Cincinnati payments of damages. |
| John Curtis Nutter<br>P.O. Box 145496.<br>Cincinnati, OH  45250-5496<br>513-870-2000 | Fire damages at Muncie DynAmerica premises on 03/21/00.  Cincinnati payments of damages. |
| Michael J. Sullivan<br>P.O. Box 145496<br>Cincinnati, OH  45250-5496<br>513-870-2000 | Fire damages at Muncie DynAmerica premises on 03/21/00.  Cincinnati payments of damages. |
| Robert S. Ehinger<br>4802 E. 12th St.<br>Kansas City, MO  64127<br>816-483-6600 | Fire damages at Muncie DynAmerica facility on 03/21/00. |
| Dick Swift<br>1106 E. Seymour<br>Muncie, IN  47302<br>765-286-8080 | Fire damages at Muncie DynAmerica facility on 03/21/00. |

| | |
|---|---|
| Billy Holten<br>DynAmerica Manufacturing Co.<br>401 S. Blaine St.<br>Muncie, IN  47302<br>765-286-1980 | Fire at Muncie DynAmerica facility on 03/21/00. |
| Gregory Burke<br>DynAmerica Manufacturing Co.<br>401 S. Blaine St.<br>Muncie, IN  47302<br>765-286-1980 | Fire at Muncie DynAmerica facility on 03/21/00. |
| Brenda Divens<br>DynAmerica Manufacturing Co.<br>401 S. Blaine St.<br>Muncie, IN  47302<br>765-286-1980 | Fire at Muncie DynAmerica facility on 03/21/00. |
| Dennis Oakes<br>DynAmerica Manufacturing Co.<br>401 S. Blaine St.<br>Muncie, IN  47302<br>765-286-1980 | Fire at Muncie DynAmerica facility on 03/21/00. |
| Kim Rattray<br>DynAmerica Manufacturing Co.<br>401 S. Blaine St.<br>Muncie, IN  47302<br>765-286-1980 | Fire at Muncie DynAmerica facility on 03/21/00. |
| Ed Siwiec<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA  15222 | Muncie DynAmerica facility and insurance coverage by Marsh. |
| J. Paul Gerety<br>Marsh & McLennan Global Brokering<br>1166 Avenue of the Americas<br>New York, NY  10036<br>212-345-6000 | Placement of insurance coverage by Marsh. |

Any witness listed by Defendant; and

Impeachment witnesses, the identify of which cannot be anticipated.

Plaintiff's counsel certifies that he has depositions of, has spoken with, has a report from, or is trying to schedule the deposition of each of the persons identified above.

**PLAINTIFFS EXPECT TO OFFER SOME OR ALL OF THE FOLLOWING EXHIBITS:**

| Exhibit | Description |
| --- | --- |
| 1 | Marsh Advantage America website information – Ream dep. |
| 2 | Letter from Craig Ream to David Riesmeyer dated January 13, 2003 – Mazur dep. |
| 3 | Letter from Kelly J. Mazur to David Riesmeyer dated November 19, 1998 – Mazur dep. |
| 4 | Memo from Kelly Mazur dated 9 March, 1999 – Mazur dep. |
| 5 | "J&H Marsh & McLennan Manuscript Property Forms" (1/99 Edition) – Mazur dep. |
| 6 | Memorandum from Paul Hoyt dated May 18, 1998 – Mazur dep. |
| 7 | Handwritten memo from Dave Riesmeyer- Mazur dep. |
| 8 | "Mergers & Acquisitions, Hidden Liabilities" – Mazur dep. |
| 9 | "Johnson & Higgins Merger and Acquisition Checklist" – Mazur dep. |
| 10 | "Property/Casualty Policy Review" – Mazur dep. |
| 11 | "Risk Search, Report Summary" – Mazur Dep. |
| 12 | "Loss Control Report, DynAmerica Corporation" – Mazur dep. |
| 12A | "Loss Control Report, DynAmerica Corporation" – Mazur dep. |
| 13 | Letter from Thomas E. McCarthy to Robert Ehinger dated June 30, 1997 – Mazur dep. |
| 14 | Memo from Kelly Mazur dated 20 July, 1999 – Mazur dep. |
| 15 | "Report of Discussion" – Mazur dep. |

16      Organizational Chart – Mazur dep.

17      Various handwritten notes – Mazur dep.

18      Witness' notes & comments – Mazur dep.

19      One handwritten page of notes – Mazur dep.

20      "Audited Consolidated Financial Statements and Other Financial Information, Automotive Systems International, Inc." – Mazur dep.

21      Assorted documents from Dave Riesmeyer to Kelly Mazur and Craig Ream – Mazur dep.

22      "Business Description" – Mazur dep.

23      Memo from Dave Riesmeyer to Kelly – Mazur dep.

24      Letter from Kelly Mazur to David W. Riesmeyer dated July 9, 1998 – Mazur dep.

25      "Binder of Insurance" – Mazur dep.

26      Facsimile from Tami Spiece to Kelly Mazur – Mazur dep.

27      Letter from Darcell E. Jones to Alvaro Kerr dated August 27, 1998 – Mazur dep.

28      Fax from Laurie Simone – Mazur dep.

29      "Summary of Insurance Program for PECO Tool & Die Ltd." – Mazur dep.

30      "Specifications for TMB" – Mazur dep.

31      "J&H Marsh & McLennan Coverage Specifications – Mazur dep.

32      Letter from David A. Stott To Whom It May Concern – Mazur dep.

33      "J&H Marsh & McLennan Coverage Specifications – Mazur dep.

34      "Metalforming Technologies, Inc., Global Metal Technologies, Inc. Property & Casualty Insurance Proposal" – Mazur dep.

35      Facsimile Transmittal Sheet to David Riesmeyer from Kelly Mazur dated July 20, 1999 – Mazur dep.

| | |
|---|---|
| 36 | Letter from Albert Conde to Paul Garety dated July 29, 1999 – Mazur dep. |
| 37 | "Marsh Advice of Insurance" – Mazur dep. |
| 38 | Fax from Lisa DonGiovanni to Kelly Mazur dated July 30, 1999 – Mazur dep. |
| 39 | "J&H Marsh & McLennan Coverage Specifications" – Mazur dep. |
| 40 | Memo from Kelly Mazur on July 30, 1999 to Craig Ream – Mazur dep. |
| 41 | E-mail from Craig Ream dated 8/3/1999, Subject: Master Umbrella Coverage – Mazur dep. |
| 42 | Fax from Jackie Patrick to Glendora Harris dated 9/14/99 – Mazur dep. |
| 43 | "Statement of Values" – Mazur dep. |
| 44 | "Program Summary" – Mazur dep. |
| 45 | Letter from Kelly Mazur to David A. Riesmeyer dated August 21, 1998 with various attachments – Mazur dep. |
| 46 | Letter from Kelly Mazur to J. Paul Gerety dated August 6, 1998 with attached Binders of Insurance – Mazur dep. |
| 47 | Series of e-mails – Ream dep. |
| 48 | Declarations page from Travelers – Ream dep. |
| 49 | Binder of Insurance Endorsement – Ream dep. |
| 51 | Series of e-mails – Ream dep. |
| 52 | Letter dated October 5, 1999 from Andrew Fellowes to Glendora Harris – Ream dep. |
| 53 | Letter dated October 8, 1999 from Carol Naughton to David Riesmeyer – Ream dep. |
| 54 | Fax dated October 21, 1999 from Glendora to Lisa DonGiovanni – Ream dep. |
| 55 | E-mail from Glendora Harris dated October 21, 1999 – Ream dep. |

7

56  E-mail from Dee L. Giles dated October 26, 1999 – Ream dep.

57  Fax dated November 3, 1999 from Glendora Harris to Jacqueline Patrick – Ream dep.

58  E-mail from Glendora Harris dated November 8, 1999 – Ream dep.

59  Letter dated November 19, 1999 from Glendora Harris to David Riesmeyer – Ream dep.

60  "Final Premium Summary" – Ream dep.

61  Letter from David W. Riesmeyer to Scott Holden dated January 13, 2002 – Rosenthal dep.

62  Four pages containing a series of e-mails – Rosenthal dep.

63  One page of e-mails – Rosenthal dep.

64  One page of e-mails – Rosenthal dep.

65  Letter from Lee Rosenthal to Andrew Nadolna dated November 13, 2002 – Rosenthal dep.

66  Fax from Dave Riesmeyer to Tom Transue consisting of four pages including cover sheet – Rosenthal dep.

67  One page of e-mails – Rosenthal dep.

68  Letter from Nicholas J. Lopane to John Damico dated October 15, 2001 – Rosenthal dep.

69  Two pages containing handwritten notes – Rosenthal dep.

70  Letter from Jim Hendren to Dave Riesmeyer dated November 19, 2002 – Rosenthal dep.

71  Letter from Richard Rosen to Scott Holden dated January 17, 2003 – Rosenthal dep.

72  Letter from Phil Rybak to Kelly Mazur dated 8/12/96 – Mazur dep.

73  "Schedule of Underlying Insurance" – Mazur dep.

74       "Coverage Specifications" – Mazur dep.

75       "Binder of Insurance Endorsement" documents and "Advice of Insurance Endorsement" documents – Mazur dep.

76       Fax from Riesmeyer to Ream dated 11/14/01

77       Letter from Glendora Harris to Craig D. Wilson dated October 22, 1999 – Harris dep.

78       Series of e-mail – Ream dep.

79       Memo from Glendora Harris dated November 5, 1999 – Harris dep.

80       Fax from Glendora Harris to Andrew A. Fellowes dated November 8, 1999 – Harris dep.

81       E-mail from Transue to Nicklas dated 8/10/00

82       Kemper packet – Ream dep.

         Letter from Rosen to Morency dated 2/10/03.

         Marsh Specifications from T.M.B. dated 07/10/98.

         Lindeman Insurance Proposal for Newell dated 04/27/98.

         Memo to Mazur from Riesmeyer dated 07/07/98

         Insurance binder cover note from Travelers dated 07/30/99.

         MTI financial statement notes 12/31/98.

         Fax from Harris to Marilyn Wood dated 06/13/00.

         CIBC Oppenheimer Confidential Information memorandum 07/98.

         Automotive Systems International, Inc. Financial Statements for years ended 07/31/98 and 97.

         Metalform Industries Brochure 1997 – Notes to Financial Statements.

T.J. Adams Insurance Specifications for Accura Tool & Mold, Inc., 04/01/98–04/01/99.

T.J. Adams Insurance Specifications for Dupage Die Casting of Indiana, Inc., 04/01/98 - 04/01/99.

T.J. Adams Insurance Specifications for Lester Precision Die Casting, Inc., 03/13/98 - 04/01/99.

T.J. Adams Insurance Specifications for Jackson Precision Die Casting, Inc., 04/01/99-04/01/00.

Letter from Mazur to Riesmeyer dated 11/19/98.

Memo from Mazur to Riesmeyer, dated 03/09/99 with 2 page bullet point summary.

Letter from Ream to Riesmeyer, dated 10/28/02 with Client Service Agreement.

Marsh Coverage Summary for MTI, faxed 07/21/99.

Coverage Summary faxed on 07/21/99 from Marsh to MTI.

Report of Harry Brooks, dated May 11, 2004.

Supplemental Report of Harry Brooks, dated September 22, 2004.

Coverage Summary faxed on 07/20/99 from Marsh to MTI.

Copies of checks issued by Cincinnati Insurance Companies for payment of claims due to fire 03/21/00

Compilation of documents from Cincinnati adjusters file documenting damages to Muncie DynAmerica facility.

Report of Terry King, dated May 15, 2000.

Report of James Wood, dated March 27, 2000.

Report of Raiford Terry on fire March 21, 2000.

Demonstrative aids to be used at trial by expert witness.

MTI Travelers Policy No.: TJ-GLSA-466K087A-TIL-99, issued 08/30/99.

MTI AIG Policy No.:  BE 357-42-34, for period July 30, 1999 to July 30, 2000.

MTI Confidential Business Review by The Geneva Companies.

MTI and Subsidiaries Consolidated Financial Statements 12/31/98.

Various pages of CIBC Oppenheimer July 1998 MTI memorandum.

Letter from Daniel Shea at W. Y. Campbell & Co. Investment Banking to Weller at TMB Industries dated 08/07/97 with handwritten notes.

W. Y. Campbell & Co.  confidential memorandum Re: Johnson Stamping Company.

W.Y. Campbell & Co. confidential memorandum Re:  Crescive Dye and Tool, Inc.

Portions of Crescive Inc. Financial Statements as of 12/31/98 and 97.

Fax from Kerr at Kemper to Gerety at Marsh, dated 08/19/98, Re:  Leasehold interest.

Fax from Gerety to Mazur dated 08/20/98 Re:  Leasehold interest.

Letter from Riesmeyer to Mazur and Ream dated 04/02/99 with attached financial info.

Fax from Harris to Fellowes at Reliance dated 11/08/99 Re:  Leasehold interest.

Johnson Stamping policy reviews by Marsh.

Newell Manufacturing Corporation policy reviews by Marsh.

Fax from Spiece to Mazur dated 08/18/98 with Summary of Property Insurance, etc.

Letter from Jacqueline Jenkins to Riesmeyer dated 09/15/98 Re: Summary of Insurance.

08/26/99 Marsh Statement of Values/ Schedule of Insurance for MTI.

Memorandum from Mazur to Louise Williams dated 01/21/99 Re:  Contacts. Summary of Insurance Program for Peco Tool dated September 1998.

Letter from Harris to Riesmeyer dated 08/30/00, with Advice of Insurance.

Letter from Mazur to Riesmeyer dated 07/01/98 Re: Estimated Insurance Costs.

Memorandum to prospective lenders from CIBC Oppenheimer dated 07/23/98 with attached confidential memorandum.

Letter from Mazur to Stott dated 08/20/98 Re: Property and Casualty Program.

Letter from Mazur to Benson dated 08/20/98 Re: Property and Casualty Program.

Fax from Stott to Mazur dated 03/18/99 with broker of record letter.

Risk Search Report Summary for Muncie property.

Marsh Account Summary dated 05/10/99 for MTI/GMTI.

E-mail from Mazur to Cheryl Smith Re: Crescive.

Memorandum from Mazur to Carol Naughton dated 07/29/99 Re: MTI/GMTI Binders.

Marsh telephone memorandum dated 07/28/99 Re: Closing date for Acquisitions.

Memorandum from Mazur to Spiece dated 07/30/99 with AIG Binder.

CGL Binder of Insurance dated 08/03/99 Re: Travelers.

E-mail from Ream to Gerety dated 08/13/99 Re: Exporters Package.

Fax from Patrick to Ream to Harris dated 09/14/99 Re: MTI Schedule of Underlying Insurance.

Fax from Farrell at T.J. Adams to Field at GMT dated 10/06/99.

E-mail from Ream to Spiece dated 10/30/99 Re: Auto Coverage.

Various e-mails from Harris/Craig/Reed dated November 1, 1999-November 3, 1999.

Memorandum from Harris to Naughton dated 11/05/99 Re: Policies.

E-mail from Naughton to Harris dated 11/08/99.

E-mail from Ream to Hiller dated 11/03/99; E-mail from Conroy to Ream dated 11/02/99.

Memorandum to Harris from McCarthy dated 04/05/00.

Summary of Insurance Program for Peco Tool dated 09/98.

MTI Worker's Comp. Policy 07/30/99 to 07/30/00.

Fax from Harris to Gerety dated 08/03/99 with GL and Auto Binders.

Travelers Commercial Auto Policy dated 09/09/99.

Travelers CGL Coverage Specs. Dated 05/07/99.

Travelers CGL/Employee Benefits Policy.

Harris letter to Riesmeyer dated 08/30/00; Advice of Insurance.

Mazur letter to Gerety dated 08/06/98 Re: MTI Binders.

E-mails Gerety/Naughton/Ream dated 08/20/99, 08/24/99.

Travelers Declarations for MTI dated 09/09/99.

AIG Binder of Insurance for MTI dated 09/17/99.

E-mail from Giles to Harris/Ream dated 10/02/99.

Letter from Fellowes to Ream dated 10/05/99 with handwritten notes.

Letter from Naughton to Riesmeyer dated 10/08/99 Re: Agreement Cover Letter.

Fax from Harris to DonGiovanni dated 10/21/99 Re: Property Policies.

E-mail from Harris to Patrick, Harris to Ream, Ream to Harris dated 10/21/99.

E-mail from Giles to Harris dated 10/26/99.

Fax from Harris to Patrick dated 11/03/99.

Fax from Harris to Fellowes dated 11/08/99.

E-mail from Harris to Patrick dated 11/08/99.

Letter from Harris to Riesmeyer dated 11/19/99 Re: Delay.

MTI Final Premium Summary.

E-mail from Ream to Naughton dated 11/12/99.

E-mail from Transue to Ream dated 07/20/00 Re: Fire.

Letters from Rosenthal to Maley at Travelers and Kurilla at AIG Re: Fire.

Letter from Heyward at AIG to Rosenthal dated 08/16/01.

Letter from Lopane at AIG to Damico at Travelers dated 10/15/01.

Fax from Riesmeyer to Ream dated 11/14/01.

Letter from Riesmeyer to Holden dated 01/13/02.

E-mail from Ream to Rosenthal, Rosenthal to Ream dated 09/20/02.

Fax from Rosenthal to Damico dated 10/07/02 with North American Appraisal attachment.

E-mail from Rosenthal to Damico dated 10/10/02.

E-mails Rosenthal/Ream/Damico dated 10/15/02, 10/10/02.

Letter from Rosenthal to Nadolna at AIG dated 11/13/02.

E-mails Ream/Rosenthal/Attorney Berkeley dated 11/19/02, 11/18/02.

Letter from Hendren at AIG to Riesmeyer dated 11/19/02 Re: Coverage; with handwritten notes.

E-mail from Attorney Berkeley to Rosenthal and Response dated 11/18/02, 11/20/02.

Letter from Attorney Morency to Scott Holden dated 01/17/03.

E-mail from Rosenthal to Morency dated 01/22/03.

E-mail from Jenkins to Mahler dated 04/01/03.

Letter to Riesmeyer from Mazur dated 11/10/98.

Premium Analysis/Questionnaire.

Letter to Riesmeyer from Mazur dated 01/21/99 enclosing revised premium spreadsheet.

Handwritten notes dated 07/27/99.

Memorandum to Ream (Marsh) from Riesmeyer dated 09/29/99 Re: Auto/ personal umbrella liability.

Letter to Riesmeyer from Ream dated 06/14/00 Re: Reliance.

Fax to Riesmeyer from Ream dated 07/10/00 Re: Plant tour. "Partnership Report".

Market conditions dated 08/00.

Fax to Riesmeyer from Mazur dated 07/20/99 Re: MTI Insurance Proposal.

Fax of Coverage Summary, Workers Comp Program Comparison/Allocations, Travelers Program dated 07/21/99.

MTI Annual Premium Payment Allocation Plan.

All transcripts of depositions taken in this cause, together with corresponding exhibits not previously referenced.

All Defendant Interrogatory Answers.

Defendant's responses to Request for Admissions

All exhibits identified by Defendant.

All documents produced by Defendant to Plaintiff

All documents produced by Plaintiff to Defendant.

Impeachment exhibits not now certain.

Additional documents to be produced by Defendant.

Any other document produced or received in the course of discovery.

    s/ Scott L. Starr
Scott L. Starr, #1601-09
Starr Austen Tribbett Myers & Miller
201 South Third Street
Logansport, IN 46947
Telephone (574) 722-6676
Facsimile (574) 753-3299
starr@satmlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2005, a copy of the foregoing Cincinnati Insurance Company's Final Witness and Exhibit Lists was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Wade Dunlap Fulford
LOCKE REYNOLDS LLP
wfulford@locke.com

John K. McDavid
LOCKE REYNOLDS LLP
jmcdavid@locke.com

I hereby certify that October 31, 2005, a copy of the foregoing Cincinnati Insurance Company's Final Witness and Exhibit Lists was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Jack Cobetto, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburg, PA  15219

    s/ Scott L. Starr
Scott L. Starr, #1601-09
Starr Austen Tribbett Myers & Miller
201 South Third Street
Logansport, IN 46947
Telephone (574) 722-6676
Facsimile (574) 753-3299
starr@satmlaw.com
Attorneys for Plaintiffs

100100.034#3/W&E_final