IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, INC. | ) |
| as Assignee of METAL FORMING | ) |
| TECHNOLOGIES, INC. and DYNAMERICA | ) |
| MANUFACTURING COMPANY, | ) |
| | ) |
| Plaintiffs, | ) Cause No:  1:04-cv-1896-LJM-VSS |
| | ) |
| v. | ) |
| | ) |
| MARSH USA INC., a/k/a | ) |
| MARSH & McLENNAN COMPANY, | ) |
| | ) |
| Defendants | ) |

**DEFENDANT'S MARSH USA, INC.'S FINAL WITNESS AND EXHIBIT LISTS**

Comes now Defendant, Marsh USA Inc. ("Marsh"), by its counsel, and pursuant to the

Case Management Plan, submits its final witness and exhibit lists.

Preliminary Statement

The causes of action asserted by Plaintiff against Marsh in the litigation are substantially

the same as those asserted in a complaint filed by Metal Forming Technologies, Inc. ("MTI")

and DynAmerica Manufacturing Company ("DynAmerica") in this Court at Cause No: 1:03 CV

0855 JDT-TAB.  Marsh was granted summary judgment in that lawsuit (the "prior lawsuit").

The Court held that because MTI and DynAmerica had assigned the causes of action asserted in

the complaint in the prior lawsuit to Plaintiff, they were not real parties in interest under Fed. R.

Civ. P. 17(a).

There was substantial discovery conducted in the prior lawsuit, in the course of which Marsh produced the documents in its possession relevant to the causes of action asserted by MTI and DynAmerica in the prior lawsuit and now by Plaintiff in this lawsuit.  In addition, Marsh served various disclosure documents, including initial and pretrial disclosures, that contained information required to be disclosed in this Initial Disclosure.  Accordingly, Marsh hereby incorporates by reference the disclosures documents that it served in the prior lawsuit.

**THE FOLLOWING WITNESSES ARE EXPECTED TO TESTIFY AT TRIAL**

| | |
|---|---|
| David Riesmeyer<br>4849 S. Austin Ave.<br>Chicago, IL 603638<br>708-563-4657 | Procurement of Insurance with Marsh/Lease of Muncie facility; Relationship between MTI and/or DynAmerica and Marsh |
| Tami Spiece<br>770 Woodland Dr.<br>Saline, MI 48176<br>734-429-6208 | Procurement of Insurance with Marsh/Lease of Muncie facility; Relationship between MTI and/or DynAmerica and Marsh |
| Carrie Kennedy<br>Metal Forming Technologies Inc.<br>980 N. Michigan Avenue<br>Chicago, Il.  60606 | Procurement of Insurance/ Lease of Muncie facility; Relationship between MTI and/or DynAmerica and brokers |
| John Ziegler<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il.  60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Michael Wilson<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il.  60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |

| | |
|---|---|
| Joseph Pontieri<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il.  60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Kelly Mazur<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA 15222<br>412-552-5000 | Placement of insurance for MTI and/or DynAmerica. |
| Glendora Harris<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA 15222<br>412-552-5000 | Placement of insurance for MTI and/or DynAmerica |
| Craig Ream<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA 15222<br>412-552-5000 | Placement of insurance for MTI and/or DynAmerica |
| Harry Brooks<br>7300 Dearwester Dr., #149<br>Cincinnati, OH 45236<br>513-793-0317 | Plaintiff's proposed expert witness. |
| James A. Roberston<br>Interisk Limited<br>1048 Irvine Avenue, #369<br>Newport Beach, CA 92660<br>949-548-2000 | Marsh's proposed expert witness. |

| | |
|---|---|
| Valerie Owens<br>Box 928<br>Muncie, IN 47308<br>765-282-1522 | Fire damages at Muncie DynAmerica premises on 03/21/00 |
| John Curds Nutter<br>P.O. Box 145496<br>Cincinnati, OH 452505496<br>513-870-2000 | Fire damages at Muncie DynAmerica on 03/21/00 |
| Michael J. Sullivan<br>P.O. Box 145496<br>Cincinnati, OH  46250-5496<br>513-870-2000 | Fire damages at Muncie DynAmerica premises on 03/21/00 |
| Jan Hatch<br>Cincinnati Insurance Company<br>Cincinnati, OH | This individual signed a settlement agreement between MTI and/or DynAmerica and Plaintiff relating to the fire at issue in this litigation and has information relevant to circumstances that gave rise to the claims being asserted in this litigation. |
| Janie Allardt<br>Seby Martin Insurance Agency<br>Muncie, Indiana | This individual may have been involved in the adjustment of the claim relating to the Fire. |
| John R. Farrell<br>TJ Adams Group LLC<br>333 East Butterfield Rd.<br>Lombard, IL 60148-5641 | Procurement of Insurance with TJ Adams/Lease of Muncie facility; Insurance Broker's duties |
| Sven Cederwall<br>TJ Adams Group LLC<br>333 East Butterfield Rd.<br>Lombard, IL 60148-5641 | Procurement of Insurance with TJ Adams/Lease of Muncie facility; Insurance Broker's duties |

**THE FOLLOWING WITNESSES MAY TESTIFY AT TRIAL**

| | |
|---|---|
| Rhonda Herron<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il.  60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Connetha Tyrer<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il.  60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Kathleen Peterson<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il.  60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Kevin Stuban<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il.  60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Richard McClain<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il.  60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Mary Zoltek<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il.  60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |

| | |
|---|---|
| Carl Grady<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il. 60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Greg Benson<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il. 60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Dave Scott<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il. 60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Roger Brown<br>Metal Forming Technologies, Inc.<br>980 N. Michigan Avenue<br>Chicago, Il. 60606 | This individual was at one time employed by MTI and/or DynAmerica and many have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Terry King<br>7738 Moller Rd.<br>Indianapolis, IN 46268<br>317-334-9170 | Cause of fire at Muncie DynAmerica Facility on 03/21/00. |
| James Wood<br>325 S. 26th St.<br>Lafayette, IN 47904<br>765-446-3847 | Cause of fire at Muncie DynAmerica Facility on 03/21/00. |
| Robert B. Schwarz, Sr.<br>4340 Regency Dr.<br>Glenview, IL 60025-5218<br>847-299-9181 | Cause of fire at Muncie DynAmerica Facility on 03/21/00 |

| | |
|---|---|
| Raiford Terry<br>11151 N. Old Grainville Rd.<br>Albany, IN 47302<br>765-747-4849 | Cause of fire at Muncie DynAmerica Facility on 03/21/00. |
| Lee Rosenthal<br>Marsh USA, Inc<br>Six PPG Place, Suite 300<br>Pittsburgh, PA 15222<br>412-552-5000 | Insurance coverages for MTI and/or DynAmerica. |
| Scott Holden<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA 15222<br>412-552-5000 | Placement of insurance coverages for MTI and/or DynAmerica. |
| Richard K. Shoultz, Esq.<br>501 Indiana Ave., Ste. 200<br>Indianapolis, IN 46202<br>317-237-0500 | Discussions relating to assignment of claims to Plaintiff. |
| Thomas McCarthy<br>8214 N. Senaca Dr.<br>Muncie, IN 47303<br>765-286-8463 | Fire 03/21/00 at Muncie DynAmerica facility/ Lease/Insurance coverages at Muncie Premises |
| Chris Sliga<br>P.O. Box 1296<br>Noblesville, IN 46061<br>317-774-8273 | Fire damages at Muncie DynAmerica premises on 03/21/00 |
| Paul Heilman<br>4120 Truman Rd.<br>Kansas City, MO  64127<br>816-231-5737 | Lease Agreement/Fire damages at Muncie DynAmerica facility on 03/21/00 |

| | |
|---|---|
| Robert S. Ehinger<br>4802 E. 12th St.<br>Kansas City, MO  64127<br>816-483-6600 | Lease Agreement/Fire damages at Muncie DynAmerica facility on 03/21/00 |
| C. S. Ehinger<br>4802 E. 12th St.<br>Kansas City, MO  64127<br>816-483-6600 | Lease Agreement/Fire damages at Muncie DynAmerica facility on 03/21/00 |
| Dick Swift<br>1106 E. Seymour<br>Muncie, IN 47302<br>765-286-8080 | Fire damages at Muncie DynAmerica facility on 03/21/00 |
| William Hall<br>1100 S. Main St.<br>Lombard, IL 60148-3971<br>630-932-0707 | Fire damages at Muncie DynAmerica facility on 03/21/00 |
| Jim Miller<br>P.O. Box 5195<br>Vernon Hills, IL 60061-5195<br>800-858-6222 | Fire damages at Muncie DynAmerica facility on 03/21/00 |
| John Damico<br>6465 Wayzata Blvd.<br>Minneapolis, MN 55426<br>952-541-4373 | Fire damages at Muncie DynAmerica facility on 03/21/00; Cause of fire |
| Robert Belt<br>3 Parkway, 4th Floor<br>Philadelphia, PA 19102<br>215-864-4239 | Fire damages at Muncie DynAmerica facility on 03/21/00; Cause of fire |
| Mike Eyster<br>180 S. Western Ave.<br>Carpenterville, IL 60110<br>847-303-9370 | Fire damages at Muncie DynAmerica facility on 03/21/00; Cause of fire |

| | |
|---|---|
| Billy Holten<br>DynAmerica Manufacturing Co<br>401 S. Blaine St.<br>Muncie, IN 47302<br>765-286-1980 | Fire at Muncie DynAmerica facility on 03/21/00 |
| Gregory Burke<br>401 S. Blaine St.<br>Muncie, IN 47302<br>765-286-1980 | Fire at Muncie DynAmerica facility on 03/21/00 |
| Brenda Divens<br>DynAmerica Manufacturing Co.<br>401 S. Blaine St.<br>Muncie, IN 47302<br>765-286-1980 | Fire at Muncie DynAmerica facility on 03/21/00 |
| Dennis Oakes<br>DynAmerica Manufacturing Co.<br>401 S. Blaine St.<br>Muncie, IN 47302<br>765-286-1980 | Fire at Muncie DynAmerica facility on 03/21/00 |
| Kim Rattray<br>DynAmerica Manufacturing Co.<br>401 S. Blaine St.<br>Muncie, 111 47302<br>765-286-1980 | Fire at Muncie DynAmerica facility on 03/21/00 |
| Ed Siwiec<br>Marsh USA, Inc<br>Six PPG Place, Suite 300<br>Pittsburgh, PA 15222<br>412-552-5000 | Muncie DynAmerica facility and insurance coverage by Marsh |
| William Hiller<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA  15222<br>412-552-5000 | This individual was at one time designated as being on the Marsh team for MTI and/or DynAmerica and may have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |

| | |
|---|---|
| Donna Giles<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA  15222<br>412-552-5000 | This individual was at one time designated as being on the Marsh team for MTI and/or DynAmerica and may have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Michell Sietz<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA 15222<br>412-552-5000 | This individual was at one time designated as being on the Marsh team for MTI and/or DynAmerica and may have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Michael Conroy<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA 15222<br>412-552-5000 | This individual was at one time designated as being on the Marsh team for MTI and/or DynAmerica and may have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Linda George<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA 15222<br>412-552-5000 | This individual was at one time designated as being on the Marsh team for MTI and/or DynAmerica and may have information relevant to the relationship between Marsh and MTI and/or DynAmerica as well as the claims asserted by Plaintiff. |
| Tom Transue<br>Marsh USA, Inc.<br>Six PPG Place, Suite 300<br>Pittsburgh, PA 15222<br>412-552-5000 | Muncie DynAmerica facility and insurance coverage by Marsh. |
| J. Paul Gerety<br>1166 Avenue of the Americas<br>Marsh & McLennan Global Brokering<br>1166 Avenue of the Americas<br>New York, NY  10036<br>212-345-6000 | Placement of insurance coverage by Marsh. |

| | |
|---|---|
| Scott Starr<br>Starr Auston Tribbett Myers & Miller<br>201 South Third Street<br>Logansport, IN  46947 | This individual was counsel involved in the assignment of claims to Plaintiff and has information relevant to circumstances that gave rise to the claims being asserted in this litigation. |
| Andrew Miller<br>Starr Auston Tribbett Myers & Miller<br>201 South Third Street<br>Logansport, IN  46947 | This individual was counsel involved in the assignment of claims to Plaintiff and has information relevant to circumstances that gave rise to the claims being asserted in this litigation. |
| Paula Morency<br>Shiff Hardin & White<br>6600 Sears Tower<br>Chicago, IL  60606 | This individual was counsel involved in the assignment of claims to Plaintiff and has information relevant to circumstances that gave rise to the claims being asserted in this litigation. |
| Richard Shoultz<br>Lewis & Wagner<br>501 Indiana Avenue, Suite 200<br>Indianapolis, IN  46202 | This individual was counsel involved in the assignment of claims to Plaintiff and has information relevant to circumstances that gave rise to the claims being asserted in this litigation. |
| Anthony Eleftheri<br>Lewis & Wagner<br>501 Indiana Avenue, Suite 200<br>Indianapolis, IN  46202 | This individual was counsel involved in the assignment of claims to Plaintiff and has information relevant to circumstances that gave rise to the claims being asserted in this litigation. |
| Unidentified representatives, officers, employers, directors and legal counsel for DynAmerica Manufacturing Company and Metal Forming Technologies, Inc. | Unidentified representatives, officers, employers, directors and legal counsel for DynAmerica Manufacturing Company and Metal Forming Technologies, Inc. |

| | |
|---|---|
| Unidentified representatives, officers, employers, directors and legal counsel for Traveler's Insurance | Because these unidentified individuals are associated with the insurance company that issued one of the policies at issue in this litigation, they may have information relating to the claims asserted by Plaintiff. |
| Unidentified representatives, officers, employers, directors and legal counsel for Downtown Industrial Center | Because these unidentified individuals are associated with the entity that owned the building that was damaged in the fire at issue, they may have information relating to the claims asserted by Plaintiff. |
| Unidentified representatives, officers, employers, directors and legal counsel for Reliance | Because these unidentified individuals are associated with the insurance company that issued one of the policies at issue in this litigation, they may have information relating to the claims asserted by Plaintiff. |
| Unidentified representatives, officers, employers, directors and legal counsel for AIG Insurance Co. | Because these unidentified individuals are associated with the insurance company that issued one of the policies at issue in this litigation, they may have information relating to the claims asserted by Plaintiff. |
| Jeanne Miller<br>TJ Adams Group LLC<br>333 East Butterfield Rd.<br>Lombard, IL 60148-5641 | Procurement of Insurance with TJ Adams/Lease of Muncie facility; Insurance Broker's duties |
| Kathleen O'Toole<br>TJ Adams Group LLC<br>333 East Butterfield Rd.<br>Lombard, IL 60148-5641 | Procurement of Insurance with TJ Adams/Lease of Muncie facility; Insurance Broker's duties |
| Leslie Pelkowski<br>TJ Adams Group LLC<br>333 East Butterfield Rd.<br>Lombard, IL 60148-5641 | Procurement of Insurance with TJ Adams/Lease of Muncie facility; Insurance Broker's duties |

| | |
|---|---|
| Representatives of TJ Adams<br>TJ Adams Group LLC<br>333 East Butterfield Rd.<br>Lombard, IL 60148-5641 | Procurement of Insurance with TJ Adams/Lease of Muncie facility; Insurance Broker's duties |

Any witness listed by Plaintiff; and

Impeachment witnesses, the identify of which cannot be anticipated.

**DEFENDANT EXPECTS TO OFFER SOME OR ALL OF THE FOLLOWING EXHIBITS:**

**Exhibit**  **Description**

1   MTI/DynAmerica's Insurance Policies for period 1997 through 1998

2   MTI/DynAmerica's Insurance Policies for period 1998 through 1999

3   MTI/DynAmerica's Insurance Policies for period 1999 through 2000

4   MTI/DynAmerica's Insurance Policies for period 2000 through 2001

5   MTI/DynAmerica's Insurance Policies for period 2001 through 2002

6   MTI/DynAmerica's Insurance Policies for period 2002 through 2003

7   MTI/DynAmerica's Insurance Policies for period 2003 through 2004

8   MTI/DynAmerica's Insurance Policies for period 2004 through 2005

9   Coverage Summaries for period 1997 through 1998

10   Coverage Summaries for period 1998 through 1999

11   Coverage Summaries for period 1999 through 2000

12   Coverage Summaries for period 2000 through 2001

13   Coverage Summaries for period 2001 through 2002

14   Coverage Summaries for period 2002 through 2003

15   Coverage Summaries for period 2003 through 2004

16   Coverage Summaries for period 2004 through 2005

17   Binders of Insurance for period 1997 through 1998

18   Binders of Insurance for period 1998 through 1999

19   Binders of Insurance for period 1999 through 2000

20   Binders of Insurance for period 2000 through 2001

21   Binders of Insurance for period 2001 through 2002

22   Binders of Insurance for period 2002 through 2003

23   Binders of Insurance for period 2003 through 2004

24   Binders of Insurance for period 2004 through 2005

25   Statement of values for policies for period 1997 through 1998

26   Statement of values for policies for period 1998 through 1999

27   Statement of values for policies for period 1999 through 2000

28   Statement of values for policies for period 2000 through 2001

29   Statement of values for policies for periods 2001 through 2002

30   Statement of values for policies for periods 2002 through 2003

31   Statement of values for policies for periods 2003 through 2004

32   Statement of values for policies for periods 2004 through 2005

33   Lease agreements for all premises leased by Plaintiffs at any time from 1997 through 2004.

34   Financial Statements for MTI/DynAmerica's for year 1997

35   Financial Statements for MTI/DynAmerica's for year 1998

36   Financial Statements for MTI/DynAmerica's for year 1999

37   Financial Statements for MTI/DynAmerica's for year 2000

38   Financial Statements for MTI/DynAmerica's for year 2001

39   Financial Statements for MTI/DynAmerica's for year 2002

40   Financial Statements for MTI/DynAmerica's for year 2003

41   Financial Statements for MTI/DynAmerica's for year 2004

42   Federal tax returns for MTI/DynAmerica's for year 1997

43   Federal tax returns for MTI/DynAmerica's for year 1998

44   Federal tax returns for MTI/DynAmerica's for year 1999

45   Federal tax returns for MTI/DynAmerica's for year 2000

46   Federal tax returns for MTI/DynAmerica's for year 2001

47   Federal tax returns for MTI/DynAmerica's for year 2002

48   Federal tax returns for MTI/DynAmerica's for year 2003

49   Federal tax returns for MTI/DynAmerica's for year 2004

50   Complaint in Cause no 18C03-0109-CP-257 in the State of Indiana Delaware Circuit Court III, 2001 Term

51   Answer in Cause no 18C03-0109-CP-257 in the State of Indiana Delaware Circuit Court III, 2001 Term

52   Interrogatory Answers in Cause no 18C03-0109-CP-257 in the State of Indiana Delaware Circuit Court III 2001 Term

53   Deposition Transcripts, with exhibits, in Cause no 18C03-0109-CP-257 in the State of Indiana Delaware Circuit Court III, 2001 Term

54   Settlement Agreement in Cause no 18C03-0109-CP-257 in the State of Indiana Delaware Circuit Court III, 2001 Term

55   Orders and Judgments in Cause no 18C03-0109-CP-257 in the State of Indiana Delaware Circuit Court III 2001 Term

56   Plaintiff's Complaint and Defendants' Answer.

57   MTI/DynAmerica's Complaint in prior suit and Defendant's Answer.

58   Curriculum Vitae, Report and supporting documents of expert witness, Jim Roberson, retained by the Defendant.

59   Marsh may use as exhibits any documents that it has produced in discovery as well as any documents produced by Plaintiffs in discovery.  Because Plaintiff have failed to produce key witnesses for deposition, documents that will be used in those depositions can not be identified more particularly at this time.

60   Deposition of Dave Riesmeyer.

61   Exhibits to the deposition of David Riemeyer.

62   Deposition of Tami Spiece.

63   Exhibits to the deposition of Tami Spiece.

64   Deposition of Carrie Kennedy, exhibits and additional documents to be determined following the Deposition of Ms. Kennedy.

65   Depositions of Plaintiff's representatives, exhibits and additional documents to be determined following their depositions.

66   Deposition of other officers and employees of Plaintiff, and their present and former affiliates, exhibits and additional documents to be determined following the Deposition of Mr. Riesmeyer and Ms. Spiece.

67   Deposition of John Farrell.

68   Exhibits to the deposition of Mr. Farrell.

69   Deposition of Sven Cederwall.

70   Exhibits to the deposition of Mr. Cederwall.

71   Deposition of other T.J. Adams representatives, exhibits and additional documents to be determined following their depositions.

72   Demonstrative exhibits to be used at trial.

73   All transcripts of depositions taken in this cause, together with corresponding exhibits not previously referenced.

74    All Defendant Interrogatory Answers, Request for Production responses and/or Request for Admissions Answers.

75    All exhibits identified by Plaintiff.

76    Marsh Advantage America website information - Ream dep.

77    Letter from Craig Ream to David Riesmeyer dated January 13, 2003 - Mazur dep.

78    Letter from Kelly J. Mazur to David Riesmeyer dated November 19, 1998 - Mazur dep.

79    Memo from Kelly Mazur dated 9 March, 1999 - Mazur dep.

80    "J&H Marsh & McLennan Manuscript Property Forms" (1/99 Edition) - Mazur dep.

81    Memorandum from Paul Hoyt dated May 18, 1998 - Mazur dep.

82    Handwritten memo from Dave Riesmeyer - Mazur dep.

83    "Mergers & Acquisitions, Hidden Liabilities" - Mazur dep.

84    "Johnson & Higgins Merger and Acquisition Checklist" - Mazur dep.

85    "Property/Casualty Policy Review" - Mazur dep.

86    "Risk Search, Report Summary" - Mazur Dep.

87    "Loss Control Report, DynAmerica Corporation" - Mazur dep.

88    "Loss Control Report, DynAmerica Corporation" - Mazur dep.

89    Letter from Thomas E. McCarthy to Robert Ehinger dated June 30, 1997 - Mazur dep.

90    Memo from Kelly Mazur dated 20 July, 1999 - Mazur dep.

91    "Report of Discussion" - Mazur dep.

92    Organizational Chart - Mazur dep.

93    Various handwritten notes - Mazur dep.

94    Witness' notes & comments - Mazur dep.

95    One handwritten page of notes - Mazur dep.

96   "Audited Consolidated Financial Statements and Other Financial Information, Automotive Systems International, Inc. - Mazur dep.

97   Assorted documents from Dave Riesmeyer to Kelly Mazur and Craig Ream - Mazur dep.

98   "Business Description" - Mazur dep.

99   Memo from Dave Riesmeyer to Kelly - Mazur dep.

100   Letter from Kelly Mazur to David W. Riesmeyer dated July 9, 1998 - Mazur dep.

101   "Binder of Insurance" - Mazur dep.

102   Facsimile from Tami Spiece to Kelly Mazur - Mazur dep.

103   Letter from Darcell E. Jones to Alvaro Kerr dated August 27, 1998 - Mazur dep.

104   Fax from Laurie Simone - Mazur dep.

105   "Summary of Insurance Program for PECO Tool & Die Ltd." - Mazur dep.

106   "Specifications for TMB" - Mazur dep.

107   "J&H Marsh & McLennan Coverage Specifications - Mazur dep.

108   Letter from David A. Stan To Whom It May Concern - Mazur dep.

109   "J&H Marsh & McLennan Coverage Specifications - Mazur dep.

110   "Metalforming Technologies, Inc., Global Metal Technologies, Inc. Property & Casualty Insurance Proposal" - Mazur dep.

111   Facsimile Transmittal Sheet to David Riesmeyer from Kelly Mazur dated July 20, 1999 - Mazur dep.

112   Letter from Albert Cantle to Paul dated July 29, 1999 - Mazur dep.

113   "Marsh Advice of Insurance" - Mazur dep.

114   Fax from Lisa DonGiovanni to Kelly Mazur dated July 30, 1999 - Mazur dep.

115   "J&H Marsh & McLennan Coverage Specifications" - Mazur dep.

116   Memo from Kelly Mazur on July 30, 1999 to Craig Ream - Mazur dep.

117   E-mail from Craig Ream dated 8/3/1999, Subject: Master Umbrella Coverage - Mazur dep.

118   Fax from Jackie Patrick to Glendora Harris dated 9/14/99 - Mazur dep.

119   "Statement of Values" - Mazur dep.

120   "Program Summary" - Mazur dep.

121   Letter from Kelly Mazur to David A. Riesmeyer dated August 21, 1998 with various attachments - Mazur dep.

122   Letter from Kelly Mazur to J. Paul Gerety dated August 6, 1998 with attached Binders of Insurance - Mazur dep.

123   Series of e-mails - Ream dep.

124   Declarations page from Travelers - Ream dep.

125   Binder of Insurance Endorsement - Ream dep.

126   Series of e-mails - Ream dep.

127   Letter dated October 5, 1999 from Andrew Fellowes to Glendora Harris - Ream dep.

128   Letter dated October 8. 1999 from Carol Naughton to David Riesmeyer - Ream dep.

129   Fax dated October 21, 1999 from Glendora to Lisa DonGiovanni - Ream dep.

130   E-mail from Glendora Harris dated October 21, 1999 - Ream dep.

131   E-mail from Dee L. Exiles dated October 26, 1999 - Ream dep.

132   Fax dated November 3, 1999 from Glendora Harris to Jacqueline Patrick - Ream dep.

133   E-mail from Glendora Harris dated November 8, 1999 - Ream dep.

134   Letter dated November 19, 1999 from Glendora Harris to David Riesmeyer - Ream dep.

135   "Final Premium Summary" - Ream dep.

136   Letter from David W. Riesmeyer to Scott Holden dated January 13, 2002 - Rosenthal dep.

137   Four pages containing a series of emails - Rosenthal dep.

138   One page of e-mails - Rosenthal dep.

139   One page of e-mails - Rosenthal dep.

140   One page of e-mails - Rosenthal dep.

141   Letter from Lee Rosenthal to Andrew Nadolna dated November 13, 2002 - Rosenthal dep.

142   Fax from Dave Riesmeyer to Tom Transue consisting of four pages including cover sheet - Rosenthal dep.

143   One page of e-mails - Rosenthal dep.

144   Letter from Nicholas J. Lopane to John Damico dated October 15, 2001 - Rosenthal dep.

145   Two pages containing handwritten notes - Rosenthal dep.

146   Letter from Jim Hendren to Dave Riesmeyer dated November 19, 2002 - Rosenthal dep.

147   Letter from Richard Rosen to Scott Holden dated January 17, 2003 - Rosenthal dep.

148   Letter from Phil Rybak to Kelly Mazur dated 8/12/96 - Mazur dep.

149   "Schedule of Underlying Insurance" - Mazur dep.

150   "Coverage Specifications" - Mazur dep.

151   "Binder of Insurance Endorsement" documents and "Advice of Insurance Endorsement" documents - Mazur dep.

152   Fax from Riesmeyer to Ream dated 11/14/01

153   Letter from Glendora Harris to Craig D. Wilson dated October 22, 1999 - Harris dep.

154   Series of e-mail - Ream dep.

155   Memo from Glendora Harris dated November 5, 1999 - Harris dep.

156   Fax from Glendora Harris to Andrew A. Fellowes dated November 8, 1999 -- Har dep.

157   E-mail from Transue to Nicklas dated 08/10/00

158   Kemper packet - Ream dep.

159   Letter from Rosen to Morency dated 02/10/03.

160   Marsh Specifications from T.M.B. dated 07/10/98.

161   Lindeman Insurance Proposal for Newell dated 04/27/98.

162   Memo to Mazur from Riesmeyer dated 07/07/98

163   Insurance binder cover note from Travelers dated 07/30/99.

164   MTI financial statement notes 12/31/98.

165   Fax from Harris to Marilyn Wood dated 06/13/00.

166   CIBC Oppenheimer Confidential Information memorandum 07/98.

167   Automotive Systems International, Inc. Financial Statements for years ended 7/31/98 and 97.

168   Metalform Industries Brochure 1997 - Notes to Financial Statements.

169   T.J. Adams Insurance Specifications for Accura Tool & Mold, Inc., 04/01/98 - 04/01/99.

170   T.J. Adams Insurance Specifications for Dupage Die Casting of Indiana, Inc., 04/01/98 - 04/01/99.

171   T.J. Adams Insurance Specifications for Lesser Precision Die Casting, Inc., 03/13/98 - 04/01/99.

172   T.J. Adams Insurance Specifications for Jackson Precision Die Casting, Inc., 04/01/99- 04/01/00.

173   Letter from Mazur to Riesmeyer dated 11/19/98.

174   Memo from Mazur to Riesmeyer, dated 03/09/99 with 2 page bullet point summary.

175   Letter from Ream to Riesmeyer, dated 10/28/02 with Client Service Agreement.

176   Marsh Coverage Summary for MTI, faxed 07/21/99.

177   Coverage Summary faxed on 07/21/99 from Marsh to MTI.

178   Coverage Summary faxed on 07/20/99 from Marsh to MTI.

179   Compilation of documents from Cincinnati adjusters file documenting damages to Muncie DynAmerica facility.

180   Demonstrative aids to be used at trial by expert witness.

181   MTI Travelers Policy No.: TJ-GLSA466KO87A-TIL-99, issued 08/30/99.

182   MTI AIG Policy No.: BE 357-42-34, for period July 30, 1999 to July 30, 2000.

183   MT1 Confidential Business Review by The Geneva Companies.

184   MTI and Subsidiaries Consolidated Financial Statements 12/31/98.

185   Various pages of CIBC Oppenheimer July 1998 MTI memorandum.

186   Letter from Daniel Shea at W. Y. Campbell & Co. Investment Banking to teller as TMB Industries dated 08/07/97 with handwritten notes.

187   W. Y. Campbell & Co. confidential memorandum Re: Johnson Stamping Company.

188   W. Y. Campbell & Co. confidential memorandum Re: Crescive Dye and Tool, Inc.

189   Portions of Crescive Inc. Financial Statements as of 12/31/98 and 97.

190   Fax from Kerr at Kemper to Gerety at Marsh, dated 08/19/98 Re: Leasehold interest.

191   Fax from Gerety to Mazur dated 08/20/98 Leasehold interest.

192   Letter from Riesmeyer to Mazur and Ream dated 04/02/99 with attached financial info.

193   Fax from Harris to Fellowes at Reliance dated 11/08/99 Re: Leasehold interest.

194   Johnson Stamping policy reviews by Marsh.

195   Newell Manufacturing Corporation policy reviews by Marsh.

196   *Fax from Spiece to Mazur with Summary of Property Insurance, etc. 08/18/98

197   Letter from Jacqueline Jenkins to Riesmeyer dated 09/15/98 Re: Summary of Insurance.

198   08/26/99 Marsh Statement of Values/ Schedule of Insurance for MTI.

199   Memorandum from Mazur to Louise Williams dated 01/21199 Re: Contacts. Summary of Insurance Program for Peco Tool dated September 1998.

200   Letter from Harris to Riesmeyer dated 08/30/00, with Advice of Insurance.

201   Letter from Mazur to Riesmeyer dated 07/01/98 Re:  Estimated Insurance Costs.

202   Memorandum to prospective lenders from CIBC Oppenheimer dated 07123/98 with attached confidential memorandum.

203   Letter from Mazur to Stott dated 8/20/98 Re: Property and Casualty Program.

204   Letter from Mazur to Benson dated 8/20/98 Re: Property and Casualty Program.

205   Fax from Scott to Mazur date, with broker of record letter 03/18/99

206   Risk Search Report Summary for Muncie property.

207   Marsh Account Summary dated 05/10/99 for MTI/GMTI.

208   E-mail from Mazur to Cheryl Smith Re: Crescive.

209   Memorandum from Mazur to Carol Naughton dated 07/29/99 Re: MTI/GMTI Binders.

210   Marsh telephone memorandum dated 07/28/99 Re: Closing date for Acquisitions.

211   Memorandum from Mazur to Spiece dated 07/30/99 with Alfa          Binder.

212   CGL Binder of Insurance dated 08/03/99 Re: Travelers.

213   E-mail from Ream to Gerety dated 08/13/99 Re: Exporters Package.

214   Fax from Patrick to Ream to Harris dated 09/14/99 Re: MTI Schedule of Underlying Insurance.

215   Fax from Farrell at T.J. Adams to Field at GMT dated 10/06/99.

216   E-mail from Ream to Spiece elated 10/30/99 Re: Auto Coverage.

217   Various e-mails from Harris/Craig/Reed dated November 1, 1999-November 3, 1999.

218   Memorandum from Harris to Naughton dated 11/05/99 Re: Policies.

219   E-mail from Naughton to Harris dated 11/08/99.

220   E-mail from Ream to Hiller dated 11/03/99; E-mail from Conroy to Ream 11/02/99.

221   Memorandum to Harris from McCarthy dated 04/05/00.

222   Summary of Insurance Program far Peso Tool dated 09/98.

223   MTI Worker's Comp. Policy 07/30/99 to 07/30/00.

224   Fax from Harris to Gerety dated 08/03/99 with GL and Auto Binders.

225   Travelers Commercial Auto Policy dated 09/09/99.

226   Travelers CAL Coverage Specs. Dated 05/07/99.

227   Travelers CGL/Employee Benefits Policy.

228   Harris letter to Riesmeyer dated 0810KO; Advice of Insurance.

229   E-mails Gerety/Naughton/Ream dated 08/20/99, 08/24/99.

230   Travelers Declarat: 09/09/99.

231   AIG Binder of Insurance for MTI dated 09/17/99.

232   E-mail from Giles to Harris/Ream dated 10/02/99.

233   Letter from Fellowes to Ream dated 10/05/99 with handwritten notes.

234   Letter from Naughton to Riesmeyer dated 10/08/99 Re: Agreement Cover Letter.

235   Fax from Harris to DonGiovanni dated 10/21/99 Re: Property Policies.

236   E-mail from Harris to Patrick, Harris to Ream, Ream to Harris dated 10/21/99.

237   E-mail from Giles to Harris dated 10/26/99.

238   Fax from Harris to Patrick dated 11/03/99.

239   Fax Pram Harris to Fellowes dated 11/08/99.

240   E-mail from Harris to Patrick dated 11/08/99.

241   Letter from Harris to Riesmeyer dated 11/19/99 Re: Delay.

242   MTI Final Premium Summary.

243   E-mail from Ream to Naughton dated 11/12/99.

244   E-mail from Transue to Ream dated 07/20/00 Re: Fire.

245   Letters from Rosenthal. to Maley at Travelers and Kurilla at AIG Re: Fire.

246   Letter from Heyward at AIG to Rosenthal dated 08/16/01.

247   Letter from Lopane at AID to Damico at Travelers dated 10/15/01.

248   Fax from Riesmeyer to Ream dated 11/14/01.

249   Letter from Riesmeyer to Holden dated 01/13/02.

250   E-mail from Ream to Rosenthal, Rosenthal to Ream dated 09/20/02.

251   Fax from Rosenthal to Damico dated 10/07/02 with North American Appraisal attachment.

252   E-mail from Rosenthal to Damico dated 10/10/02.

253   E-mails Rosenthal/Ream/Damico dated 10/15/02, 10/10/02.

254   Letter from Rosenthal to Nadolna at AIG dated 11/13/02.

255   E-mails Ream/Rosenthal/Attorney Berkeley dated 11/19/02, 11/18/02.

256   Letter from Hendren as AIG to Riesmeyer dated 11/19/02 Re: Coverage; with handwritten notes.

257   E-mail from Attorney Berkeley to Rosenthal and Response dated 11/18/02, 11/20/02.

258   Letter from Attorney Morency to Scott Holden dated 01/17/03.

259   E-mail from Rosenthal to Morency dated 01/22/03.

260   E-mail from Jenkins to Mahler dated 04/01/03.

261   Letter to Riesmeyer from Mazur dated 11/10/98.

262   Premium Analysis/Questionnaire.

263   Letter to Riesmeyer from Mazur dated 01/21/99 enclosing revised premium spreadsheet.

264   Handwritten notes dated 07/27/99.

265   Memorandum to Ream (Marsh) from Riesmeyer dated 09/29/99 Re: Auto/personal umbrella liability.

266   Letter to Riesmeyer from Ream dated 06/14/00 Re: Reliance.

267   Fax to Riesmeyer from Ream dated 07/10/00 Re: Plant tour. "Partnership Report."

268   Market conditions dated 08/00.

269   Fax to Riesmeyer from Mazur dated 07/20/99 Re: MTI Insurance Proposal.

270   Fax of Coverage Summary, Workers Comp Program Comparison/Allocations, Travelers Program dated 07/21/99.

271   MTI Annual Premium Payment Allocation Plan.

272   Impeachment exhibits, the identity of which can not be anticipated.

273   Additional documents to be produced by Plaintiff.

274   Any other document produced or received in the course of discovery.

.

Respectfully submitted,

LOCKE REYNOLDS LLP

/s/Wade D. Fulford
John K. McDavid, #14890-84
Wade D. Fulford, #19348-49
LOCKE REYNOLDS LLP
1000 Capital Center South
201 N. Illinois Street, Suite 1000
Indianapolis, Indiana 46244-0169
(317) 237-3800

/s/Jack B. Cobetto
Jack B. Cobetto Pa. I.D. # 53444
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-7282

Attorneys for Defendant
Marsh USA Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing was served by U.S. Mail, First Class, postage prepaid, this 1st day of November, 2005, to counsel of record addressed as follows:

> Scott L. Starr, Esq.
> Starr Austen Tribbett Myers & Miller
> 201 South Third Street
> Logansport, IN  46947

/s/ Wade D. Fulford
Wade D. Fulford

LOCKE REYNOLDS LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN  46244-0961

PGHLIB-1701457.1-JBCOBETT
744691_1