IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CINCINNATI INSURANCE COMPANY, INC.       )
as Assignee of METAL FORMING              )
TECHNOLOGIES, INC. and DYNAMERICA         )
MANUFACTURING COMPANY,                    ) Cause No:  1:04-cv-1896-LJM-VSS
                                          )
                Plaintiffs,               )
                                          )
        v.                                )
                                          )
MARSH USA INC., a/k/a                     )
MARSH & McLENNAN COMPANY,                 )
                                          )
                Defendant.                )

**DEFENDANT'S LIST OF EXPECTED WITNESSES AND EXHIBITS**

Comes now Defendant, Marsh USA Inc. ("Marsh"), by its counsel, and pursuant to the

Case Management Plan, submits its list of expected witnesses and exhibits.

As the defendant in this action, the testimony and evidence that Marsh presents at trial

will, unavoidably, to some extend be determined by the testimony and evidence presented by the

Plaintiff.  Thus, Marsh respectfully requests the right to supplement the list below with any

individual previously listed by Marsh as a potential witness.  With that reservation, Marsh states

that during it case, it is likely that it will call the following witnesses.

**WITNESSES**

Craig Ream                          Kelly Mazur
Marsh USA, Inc.                     Marsh USA, Inc.
Six PPG Place, Suite 300            Six PPG Place, Suite 300
Pittsburgh, PA 15222                Pittsburgh, PA 15222
412-552-5000                        412-552-5000

J. Paul Gerety                      Lee Rosenthal
1166 Avenue of the Americas         Marsh USA, Inc
Marsh & McLennan Global Brokering   Six PPG Place, Suite 300
1166 Avenue of the Americas         Pittsburgh, PA 15222
New York, NY  10036                 412-552-5000
212-345-6000

Tom Transue
Marsh USA, Inc.
Six PPG Place, Suite 300
Pittsburgh, PA 15222
412-552-5000

John R. Farrell
TJ Adams Group LLC
333 East Butterfield Rd.
Lombard, IL 60148-5641

(Through reading of Deposition Transcript)

Sven Cederwall
TJ Adams Group LLC
333 East Butterfield Rd.
Lombard, IL 60148-5641

(Through reading of Deposition Transcript)

James A. Roberston
Interisk Limited
1048 Irvine Avenue, #369
Newport Beach, CA 92660
949-548-2000

Jane Ellen Allardt
7220 North Morrison
Muncie, IN 47302

Valerie Owens
3702 Suburban Court, Apartment No. 2
Muncie, IN 47302

Joseph Pontieri
Metal Forming Technologies, Inc.
980 N. Michigan Avenue
Chicago, IL  60606

Michael J. Sullivan
P.O. Box 145496
Cincinnati, OH  46250-5496

Jan Hatch
Cincinnati Insurance Company
Cincinnati, OH

In addition, Marsh may call any witness listed by Plaintiff and rebuttal witnesses.

## **EXHIBITS**

| **Exh. No.** | **Description** |
|---|---|
| Exhibit 1 | Complaint for damages and demand for jury trial in Cause No. 18C03-0109-CP-257 in the Delaware Circuit Court |
| Exhibit 2 | Defendant's Answer, Affirmative Defenses and Jury Demand in Cause No. 18C03-0109-CP-257 in the Delaware Circuit Court |
| Exhibit 3 | Settlement Agreement relating to Cause No. 18C03-0109-CP-257 in the Delaware Circuit Court |
| Exhibit 4 | Correspondence dated May 25, 1999 from Marsh to various insurance underwriters enclosing insurance specifications |

Exhibit 5          Insurance specifications for policy year 7-30-99 through 7-30-2000

Exhibit 6          July 22, 1999 fax from Marsh to AIG requesting "for umbrella policy"

Exhibit 7          July 22, 1999 third-party recall expense endorsement from AIG to Marsh

Exhibit 8          July 29, 1999 quotation from AIG to Marsh for umbrella policy

Exhibit 9          July 7, 1999 insurance proposal from Travelers Property and Casualty

Exhibit 10         Fax dated July 8, 1999 from Travelers to Marsh with endorsement changing
                   insurance proposal

Exhibit 11         E-mail from Carol Naughton of Travelers to Paul Gerety of Marsh discussing
                   proposal for umbrella policy

Exhibit 12         July 8, 1999 proposal from Alliance Insurance Company

Exhibit 13         Fax dated July 8, 1999 from Cynthia Price of Reliance Insurance to Paul Gerety
                   regarding insurance proposal

Exhibit 14         Fax dated July 8, 1999 from Cynthia Price of Reliance Insurance to Paul Gerety
                   referencing insurance proposal

Exhibit 15         E-mail from Kelly Mazur to Carol Naughton dated July 29, 1999 regarding
                   binders for insurance policies

Exhibit 16         Binder for commercial general liability policy dated July 29, 1999

Exhibit 17         Fax from Carol Naughton of Travelers to Kelly Mazur of Marsh dated July 30,
                   1999 regarding insurance binder

Exhibit 18         E-mail from Paul Gerety to Kelly Mazur dated July 30, 1999 referencing AIG
                   binders

Exhibit 19       E-mail from Kelly Mazur to Carol Naughton dated July 30, 1999 regarding changes to the final binders/proposal

Exhibit 20       Fax dated July 29, 1999 from AIG to Paul Gerety at Marsh binding coverage under umbrella policy

Exhibit 21       E-mail from Kelly Mazur to Paul Gerety dated July 30, 1999 regarding corrections to AIG umbrella binder

Exhibit 22       Property and Boiler Binders of Insurance dated July 27, 1999

Exhibit 23       Advice of Insurance for Commercial Umbrella Coverage dated July 30, 1999

Exhibit 24       Binder of Insurance for Commercial Umbrella Coverage dated August 2, 1999

Exhibit 25       Binder of Insurance for Commercial General Liability dated August 3, 1999

Exhibit 26       Fax dated September 14, 1999 from AIG regarding schedule of underlying insurance

Exhibit 27       Binder of Insurance Endorsement For Commercial Umbrella Coverage dated September 17, 1999

Exhibit 28       E-mail from Glendora Harris to Craig Ream dated October 21, 1999 regarding review of policies

Exhibit 29       E-mail from Glendora Harris to Carol Naughton dated November 5, 1999 regarding revisions to Metalforming policies

Exhibit 30       Memo from Carol Naughton to Glendora Harris dated November 8, 1999 regarding revisions to Metalforming policies

Exhibit 31       E-mail from Tammy Spiece to Glendora Harris dated November 18, 1999 regarding summaries of insurance

Exhibit 32       Letter from Glendora Harris to David Riesmeyer dated November 17, 1999 regarding insurance policies and summaries

Exhibit 33     Correspondence from Glendora Harris to Metalforming Subsidiaries Regarding Subject of Insurance dated November 18, 1999

Exhibit 34     Property and Casualty Insurance Program Summary dated November 1999 (Exhibit No. 2 to Deposition of David Riesmeyer)

Exhibit 35     Property and Casualty Insurance Program Summary dated November 1999 (Exhibit No. 3 to Deposition of David Riesmeyer)

Exhibit 36     Coverage Specifications For Commercial General Liability dated May 7, 1999 (Exhibit No. 4 to Deposition of David Riesmeyer)

Exhibit 37     Coverage Specifications For Commercial Umbrella Coverage dated May 7, 1999 (Exhibit No. 5 to Deposition of David Riesmeyer)

Exhibit 38     Fax from Kelly Mazur to David Riesmeyer dated July 20, 1999 (Exhibit No. 6 to Deposition of David Riesmeyer)

Exhibit 39     Letter dated January 13, 2002 [sic] from David Riesmeyer to Scott Holden (Exhibit No. 7 to Deposition of David Riesmeyer)

Exhibit 40     Complaint in Cause No. 1803-0109-CP-257 in Delaware Circuit Court (Exhibit No. 8 to Deposition of David Riesmeyer)

Exhibit 41     Defendants' Answer, Affirmative Defenses and Jury Demand in Cause No. 1803-0109-CP-257 in Delaware Circuit Court (Exhibit No. 9 to Deposition of David Riesmeyer)

Exhibit 42     Settlement Agreement in Cause No. 1803-0109-CP-257 in Delaware Circuit Court (Exhibit No. 10 to Deposition of David Riesmeyer)

Exhibit 44     Lease dated July 30, 2002 for DynAmerica Manufacturing Company (Exhibit No. 11 to Deposition of David Riesmeyer)

Exhibit 45     Commercial Insurance Proposal by T. J. Adams' group dated September 13, 2002 (Exhibit No. 12 to Deposition of David Riesmeyer)

Exhibit 46     Statement of Values dated August 26, 1999 (Exhibit No. 1 to Deposition of Tamara Spiece)

Exhibit 47     Statement of Values dated August 16, 1998 with handwriting (Exhibit No. 2 to Deposition of Tamara Spiece)

Exhibit 48     Coverage Specifications for Commercial General Liability with handwriting dated May 7, 1999 (Exhibit No. 3 to Deposition of Tamara Spiece)

Exhibit 49     Property and Casualty Insurance Proposal (Exhibit No. 4 to Deposition of Tamara Spiece)

Exhibit 50     Coverage Summary (Exhibit No. 5 to Deposition of Tamara Spiece)

Exhibit 51     E-mail from Tamara Spiece to Glendora Harris dated November 18, 1999 regarding insurance policies (Exhibit No. 6 to deposition of Tamara Spiece)

Exhibit 52     Letter from Glendora Harris to David Riesmeyer dated November 17, 1999 regarding insurance policies (Exhibit No. 7 to deposition of Tamara Spiece)

Exhibit 53     Letters dated November 18, 1999 to various Metalforming locations regarding insurance summaries (Exhibit No. 8 to deposition of Tamara Spiece)

Exhibit 54     Property and Casualty Insurance Program Summary dated November 1999 (Exhibit No. 9 to deposition of Tamara Spiece)

Exhibit 55     Property and Casualty Program Insurance Summary dated November 1999 (Exhibit No. 10 to Deposition of Tamara Spiece)

Exhibit 56     Letter from Glendora Harris to Tamara Spiece dated August 24, 1999 regarding financing of insurance policies (Exhibit No. 11 to Deposition of Tamara Spiece)

Exhibit 57     Commercial Insurance Proposal by T. J. Adams' Group dated September 13, 2002 (Exhibit No. 12 to Deposition of Tamara Spiece)

Exhibit 58     Fax from Tamara Spiece to Kelly Mazur dated August 18, 1998 (Plaintiffs' Exhibit No. 26)

Exhibit 59        Merger and Acquisition Checklist with handwritten notes (Plaintiffs' Exhibit No. 9)

Exhibit 60        TNB Property/Policy Review (Plaintiffs' Exhibit No. 10)

Exhibit 61        Lease Agreement dated June 30, 1992 with June 30, 1997 extension (Plaintiffs' Exhibit No. 13)

Exhibit 62        Commercial Insurance Proposal by T. J. Adams Group dated September 13, 2002 (Exhibit No. 1 to Deposition of John Farrell)

Exhibit 63        Property Policy for period October 1, 2003 through October 1, 2004 with covering documents by T. J. Adams Group (Exhibit No. 2 to Deposition of John Farrell)

Exhibit 64        Insurance Policy, including general commercial liability policy from July 30, 2003 through July 30, 2004 with covering descriptions and materials (Exhibit No. 3 to Deposition of John Farrell)

Exhibit 65        Commercial Excess Liability Insurance Policy for period July 30, 2003 through July 30, 2004 (Exhibit No. 4 to Deposition of John Farrell)

Exhibit 66        Lease Agreement for DynAmerica Manufacturing Company dated July 30, 2002 (Exhibit No. 5 to Deposition of John Farrell)

Exhibit 67        E-mail from John Farrell to Carrie Kennedy dated October 27, 2003 regarding Lease Agreements (Exhibit No. 6 to Deposition of John Farrell)

Exhibit 68        Lease Agreements (Exhibit No. 1 to Deposition of Sven Cederwall)

Exhibit 69        E-mail from John Farrell to Sven Cederwall regarding lease review (Exhibit No. 2 to Deposition of Sven Cederwall)

Exhibit 70        Letter from Mike Wilson to Sven Cederwall dated June 4, 2003 regarding BOR letters (Exhibit No. 3 to Deposition of Sven Cederwall)

Exhibit 71        Insurance Proposal dated July 18, 2003 (Exhibit No. 1 to Deposition of Carrie Kennedy)

Exhibit 72 E-mail from John Farrell to Al Mexico dated June 13, 2003 regarding needing confirmation (Exhibit No. 2 to Deposition of Carrie Kennedy)

Exhibit 73 Memo from John Farrell to Mike Wilson regarding MTI projections/business strategy dated June 22, 2003 (Exhibit No. 3 to Deposition of Carrie Kennedy)

Exhibit 74 Memo from John Farrell to Mike Wilson dated July 18, 2003 regarding renewal meeting (Exhibit No. 4 to Deposition of Carrie Kennedy)

Exhibit 75 Letter from Susan Allen to Carrie Kennedy dated August 20, 2004 regarding Certificates of Insurance (Exhibit No. 5 to Deposition of Carrie Kennedy)

Exhibit 76 E-mail from John Farrell to Carrie Kennedy dated October 27, 2003 regarding Lease Agreements (Exhibit No. 6 to Deposition of Carrie Kennedy)

Exhibit 77 Consolidated Financial Statements for Metalforming Technologies, Inc. as of December 31, 2001 and 2000 (Exhibit No. 1 to Deposition of Mike Wilson)

Exhibit 78 Consolidated Financial Statements for Metalforming Technologies, Inc. dated April 28, 2002 (Exhibit No. 2 to Deposition of Mike Wilson)

Exhibit 79 Memo from John Farrell to Mike Wilson dated April 6, 2003 regarding meeting follow-up (Exhibit No. 3 to Deposition of Mike Wilson)

Exhibit 80 Letter from Mike Wilson to Sven Cederwall dated June 4, 2003 regarding BOR letters (Exhibit No. 4 to Deposition of Mike Wilson)

Exhibit 81 Settlement Agreement (Exhibit No. 5 to Deposition of Mike Wilson)

Exhibit 82 Letter dated May 15, 2002 from Herb Miller & Associates, Inc. to Valerie Owens of Cincinnati Insurance Company regarding Downtown Industrial Center (Exhibit No. 1 of Deposition of Valerie Owens)

Exhibit 83 Muncie Fire Department Report of Incident dated March 21, 2000 (Exhibit No. 2 to Deposition of Valerie Owens)

Exhibit 84 Newspaper articles regarding March 21, 2000 fire (Exhibit No. 3 to Deposition of Valerie Owens)

Exhibit 85      April 2, 2000 newspaper article regarding fire (Exhibit No. 4 to Deposition of Valerie Owens)

Exhibit 86      Owner's Statement of Undue Hardship requesting variance (Exhibit No. 5 to Deposition of Valerie Owens)

Exhibit 87      Letter from DynAmerica to Steve Schultz dated August 13, 1992 regarding sprinkler system (Exhibit No. 6 to Deposition of Valerie Owens)

Exhibit 88      Letter dated September 16, 1992 from State of Indiana to Robert S. Ehinger regarding application for variance (Exhibit No. 7 to Deposition of Valerie Owens)

Exhibit 89      Letter from L. J. Shaw & Company to Cincinnati Insurance Company, attention Curt Nutter regarding Downtown Industrial Center (Exhibit No. 8 to Deposition of Valerie Owens)

Exhibit 90      Status Report dated April 8, 2000 regarding fire (Exhibit No. 9 to Deposition of Valerie Owens)

Exhibit 91      Activity Log (Exhibit No. 10 to Deposition of Valerie Owens)

Exhibit 92      Activity Log dated June 8, 2000 (Exhibit No. 11 to Deposition of Valerie Owens)

Exhibit 93      Status Report dated September 14, 2000 (Exhibit No. 12 to Deposition of Valerie Owens)

Exhibit 94      Status Report dated June 8, 2000 (Exhibit No. 13 to Deposition of Valerie Owens)

Exhibit 95      Complaint for Damages and Demand For Jury Trial in Cause No. 18C03-0109-CP-257 in the Delaware Circuit Court (Exhibit No. 14 to Deposition of Valerie Owens)

Exhibit 96      Memorandum from Curt Nutter to Michael Sullivan regarding Downtown Industrial Center dated March 27, 2000 (Exhibit No. 15 to Deposition of Valerie Owens)

Exhibit 97      Fire Report printed on March 23, 2000

Exhibit 98       Letter from John Schleiter to Valerie Owens dated March 23, 2000 regarding
                 Reliance Insurance Company with respect to March 21, 2000 fire (Exhibit 17 to
                 Deposition of Valerie Owens)

Exhibit 99       Undated handwritten notes (Exhibit 18 to Deposition of Valerie Owens)

Exhibit 100      Activity Log dated June 2, 2000 (Exhibit 19 to Deposition of Valerie Owens)

Exhibit 101      Letter from Herb Miller & Associates, Inc. to Valerie Owens dated March 27,
                 2000 regarding Downtown Industrial Center (Exhibit No. 1 to Deposition of Curt
                 Nutter)

Exhibit 102      Deposition transcript with exhibits of Jane Ellen Allardt (Exhibit No. 1 to
                 Deposition of Jane Ellen Allardt)

Exhibit 103      Notice of Deposition dated December 28, 2005 for Harry Brooks (Exhibit No. 1
                 to Deposition of Harry Brooks)

Exhibit 104      Subpoena for Records of Harry Brooks dated December 28, 2005 (Exhibit No. 2
                 to Deposition of Harry Brooks)

Exhibit 105      Invoices submitted by Harry Brooks to Scott Starr (Exhibit No. 3 to Deposition of
                 Harry Brooks)

Exhibit 106      Resume of Harry F. Brooks (Exhibit No. 4 to Deposition of Harry Brooks)

Exhibit 107      List of publications by Harry F. Brooks (Exhibit No. 5 to Deposition of Harry
                 Brooks)

Exhibit 108      Excerpt from Brooks Supplemental Report (Exhibit No. 6 to Deposition of Harry
                 Brooks)

Exhibit 109      Publication regarding fire damage legal liability (Exhibit No. 7 to Deposition of
                 Harry Brooks)

Exhibit 110      Copies of legal decisions (Exhibit No. 8 to Deposition of Harry Brooks)

Exhibit 111 Correspondence between Harry Brooks and Scott Starr (Exhibit No. 9 to Deposition of Harry Brooks)

Exhibit 112 Preliminary Insurance Report dated May 11, 2004 (Exhibit No. 10 to Deposition of Harry Brooks)

Exhibit 113 Supplemental Insurance Report dated September 22, 2004 (Exhibit No. 11 to Deposition of Harry Brooks)

Exhibit 114 Plaintiff's Draft Response to Defendant's First Set of Interrogatories and First Request for Documents (Exhibit No. 12 to Deposition of Harry Brooks)

Exhibit 115 E-mail from Kelly Mazur to David Riesmeyer dated March 9, 1999 regarding portfolio proposal (Exhibit No. 13 to Deposition of Harry Brooks)

Exhibit 116 Mergers and Acquisition-Hidden Liabilities (Exhibit No. 14 to Deposition of Harry Brooks)

Exhibit 117 Mergers and Acquisition Checklist with handwritten notes (Exhibit No. 15 to Deposition of Harry Brooks)

Exhibit 118 TMB Property/Casualty Policy Review (Exhibit No. 16 to Deposition of Harry Brooks)

Exhibit 119 Coverage Summary (Exhibit No. 17 to Deposition of Harry Brooks)

Exhibit 120 Marsh Professional Standards (Exhibit No. 18 to Deposition of Harry Brooks)

Exhibit 121 Property Insurance Policy by Reliance for periods July 30, 1999 through July 30, 2000

Exhibit 122 General Liability Policy by Travelers Property & Casualty for policy period July 30, 1999 through July 30, 2000

Exhibit 123 AIG Commercial Umbrella Liability Policy for July 30, 1999 through July 30, 2000

Exhibit 124    Memorandum from Paul Hoyt to Scott Holden dated May 18, 1998 with handwritten notations regarding TMB Enterprises/new opportunity

Exhibit 125    Johnson Stamping and Fine Blank & Company Insurance Program Summary by Bolten and Company

Exhibit 126    Letter from Kelly Mazur to David Riesmeyer dated June 26, 1998 regarding Northern Tube loss development summary

Exhibit 127    Letter from Kelly Mazur to David Riesmeyer dated June 26, 1998 regarding premium calculations

Exhibit 128    Letter from Kelly Mazur to David Riesmeyer dated July 7, 1998 regarding Insurance Program, Johnson Stamping/Newal/Northern Tube

Exhibit 129    Insurance Coverage Specifications for TMB dated July 10, 1998

Exhibit 130    Fax from Drew Barber of Royal & SunAlliance to Kelly Mazur regarding TMB Industries

Exhibit 131    Fax from Paul Gerety to Kelly Mazur dated July 29, 1998 regarding TMB insurance proposal

Exhibit 132    Fax from Laurie Simone of Chubb & Sons to Marsh dated July 29, 1998 regarding coverage enhancements

Exhibit 133    Fax from Laurie Simone to Kelly Mazur dated July 29, 1998 regarding quotes for TMB Industries

Exhibit 134    Fax from Laurie Simone of Chubb to Kelly Mazur dated July 29, 1998 regarding insurance quotation for TMB Industries

Exhibit 135    Fax from Paul Gerety to Kelly Mazur dated July 30, 1998 regarding quotes for TMB Industries

Exhibit 136    Letter from Kelly Mazur to Paul Gerety dated July 31, 1998 regarding Metalforming Technologies, Inc.

Exhibit 137    Binder of Insurance dated August 5, 1998 for Business Auto Coverage

Exhibit 138    Fax from Alvaro Kerr of Kemper to Paul Gerety dated August 19, 1998 regarding Metalforming Technologies binder amendments

Exhibit 139    Fax from Tamara Spiece to Kelly Mazur dated August 20, 1998 regarding claims information

Exhibit 140    Fax from Paul Gerety to Kelly Mazur dated August 20, 1998 enclosing Binder of Insurance for property and boiler

Exhibit 141    Letter from Kelly Mazur to David Stott of Johnson Stamping, Inc. dated August 20, 1998 regarding Property and Casualty Insurance Program

Exhibit 142    Letter from Kelly Mazur to Greg Benson of Northern Tube Corporation dated August 20, 1998 regarding Property and Casualty Insurance Program

Exhibit 143    Letter from Kelly Mazur to David Riesmeyer dated August 21, 1998 regarding loss development summary

Exhibit 144    Letter from Kelly Mazur to David Riesmeyer dated August 21, 1998 regarding premium comparison

Exhibit 145    Binder dated August 26, 1998; Statement of Values

Exhibit 146    Binder of Insurance Endorsements dated August 27, 1998

Exhibit 147    Fax from Marsh to Al Kerr dated August 27, 1998 regarding Statement of Values and Insurance Binders

Exhibit 148    Binder of Insurance Endorsement with handwritten notations dated August 27, 1998

Exhibit 149    Binder of Insurance dated August 6, 1998 with handwritten notes

Exhibit 150    Binder of Insurance Endorsement dated August 27, 1998 regarding property and boiler with Statement of Values

Exhibit 151     Letter from Kelly Mazur to David Riesmeyer dated November 10, 1998 regarding account billing

Exhibit 152     Statement of Values and Schedule of Insurance dated November 13, 1998 for Cresive

Exhibit 153     Letter from Kelly Mazur to Michael Wilson dated December 4, 1998 regarding insurance program for Dupage Die Casting

Exhibit 154     Letter from Kelly Mazur to David Riesmeyer dated January 21, 1999 regarding revised premium analysis

Exhibit 155     E-mail from Kelly Mazur to Glendora Harris dated February 1, 1999 regarding contact information for Metalforming Technologies

Exhibit 156     Letter from Robert Metzler of Travelers Property and Casualty to Tamara Spiece regarding survey of location at 2592 Polumbo Drive, Lexington, Kentucky

Exhibit 157     Fax from Kelly Mazur to David Riesmeyer dated March 11, 1999 regarding portfolio proposal

Exhibit 158     Handwritten notes dated March 25, 1999 regarding MTI insurance

Exhibit 159     Letter from Glendora Harris to Alvaro Kerr of Kemper Insurance dated April 27, 1999 regarding contact information for Metalforming Technologies, Inc.

Exhibit 160     Consolidated Financial Statements as of December 31, 1998 for Metalforming Technologies, Inc. and Subsidiaries with handwritten notes

Exhibit 161     Account Summary for Metalforming Technologies, Inc. dated May 10, 1999

Exhibit 162     Coverage Specifications dated May 28, 1999 and June 1, 1999 for Flint Manufacturing Company and DynAmerica Manufacturing Company with handwritten notes and with Schedule of Insurance dated November 13, 1998

Exhibit 163     Memo from Kelly Mazur to Tony Rey dated June 4, 1999 regarding Certificates of Insurance for Cresive

Exhibit 164    Fax from David Riesmeyer to Craig Ream dated May 13, 1999 regarding Cresive Tool and Die.

Exhibit 165    Handwritten notes dated July 1, 1999 regarding insurance renewal

Exhibit 166    Property and Casualty Insurance Proposal faxed by Tamara Spiece to David Riesmeyer on July 8, 1999

Exhibit 167    Fax from Kelly Mazur to David Riesmeyer dated July 20, 1999 regarding MTI insurance proposal

Exhibit 168    MTI and GMTI Combined Marketing Results dated July 20, 1999

Exhibit 169    Annual Premium Allocation Plan for Metalforming Technologies, Inc. dated July 21, 1999

Exhibit 170    Marsh Team Chart with attached MTI and GMTI Combined Marketing Results with handwritten notes

Exhibit 171    Coverage Summary

Exhibit 172    Coverage Summary faxed on July 21, 1999

Exhibit 173    Handwritten notes dated July 27, 1999 regarding corporate insurance

Exhibit 174    Memo from Kelly Mazur to Tamara Spiece dated July 30, 1999 attaching Advices of Insurance

Exhibit 175    Advice of Insurance For Commercial Umbrella Coverage dated July 30, 1999

Exhibit 176    Statement of Values dated July 29, 1999 with handwritten notations

Exhibit 177    Binder of Insurance For Property and Boiler dated July 29, 1999

Exhibit 178    Memo from Kelly Mazur to Kelly Naughton of Travelers regarding MTI workers' compensation Binders

Exhibit 179    Binder of Insurance For General Commercial Liability dated August 3, 1999 with handwritten notations

Exhibit 180    E-mail from Craig Ream to R. Field and David Riesmeyer regarding umbrella coverage dated August 3, 1999

Exhibit 181    Metalforming Technologies, Inc. Annual Premium Payment Allocation Plan dated August 3, 1999

Exhibit 182    Statement of Values For Metalforming Technologies, Inc. along with Schedule of Insurance dated August 26, 1999

Exhibit 183    Letter from Carol Naughton of Travelers Property and Casualty to David Riesmeyer dated October 8, 1999 enclosing agreement letters

Exhibit 184    Fax from Glendora Harris to Andrew Fellowes of the Reliance Insurance Company regarding policy revisions

Exhibit 185    E-mail from Craig Ruhn to Tamara Spiece and David Riesmeyer regarding meeting with Travelers

Exhibit 186    Consolidated Financial Statements – December 31, 2000 and 1999 for Metalforming Technologies, Inc. and subsidiaries

Exhibit 187    Coverage Specifications dated April 3, 2000 for policy period July 30, 2000 through July 30, 2001

Exhibit 188    Non-renewal Request dated April 26, 2000 to Reliance Insurance Company

Exhibit 189    Handwritten notes dated May 2, 2000 regarding insurance renewal

Exhibit 190    Letter from Glendora Harris to Marilyn Wood at Reliance regarding policy changes for Metalforming Technologies, Inc. enclosing Binder of Insurance Endorsements

Exhibit 191    Letter from Glendora Harris to Marilyn Wood of Reliance Insurance Company dated June 13, 2000 enclosing Binder of Insurance Endorsements

Exhibit 192       Advice of Insurance Endorsement for property and boiler dated June 13, 2000

Exhibit 193       Letter from Craig Ream to David Riesmeyer dated June 14, 2000 regarding Reliance Insurance Company

Exhibit 194       Fax from Lisa DonGiovanni of Reliance Insurance Company to Glendora Harris enclosing Binder of Insurance Endorsements with handwritten notations

Exhibit 195       Fax from Lisa DonGiovanni of Reliance Insurance Company to Glendora Harris dated June 22, 2000 enclosing Binder of Insurance Endorsements with handwritten notations

Exhibit 196       Fax from Craig Ream to David Riesmeyer dated July 10, 2000 regarding July 11, 2000 visit

Exhibit 197       Letter from Glendora Harris to Mary Zoltek of Metalforming Technologies dated July 24, 2000 regarding property policy extension with enclosed Advice of Insurance Endorsement

Exhibit 198       Insurance Specification prepared by T. J. Adams dated August 30, 2000

Exhibit 199       Letter from John Farrell to David Riesmeyer dated September 2, 2000 regarding coverage confirmation

Exhibit 200       Letter from John Farrell to David Riesmeyer dated September 7, 2000 regarding service installation

Exhibit 201       Letter from John Farrell to David Riesmeyer dated September 10, 2000 regarding property package meeting confirmation

Exhibit 202       Letter from John Farrell to Dan Majeiczyk of Chubb Insurance regarding MTI due diligence

Exhibit 203       Letter from T. J. Adams to David Riesmeyer dated September 16, 2000 attaching Statement of Values

Exhibit 204       Memorandum from David Riesmeyer to Greg Benson, et al. dated September 18, 2000 regarding property insurance inspection

Exhibit 205    Letter from John Farrell to David Riesmeyer dated September 19, 2000 regarding Canadian coverages

Exhibit 206    Letter from Scott Starr to Jeff Blackford of Pooler Industries, Inc. dated August 3, 2001 regarding Downtown Industrial Center Claim

Exhibit 207    Property Insurance Policy Declarations by Chubb dated August 9, 2001

Exhibit 208    Letter from Seleah Heyward to Lee Rosenthal dated August 16, 2001 regarding claim submitted to AIG

Exhibit 209    Letter from John Damico of Travelers Insurance to David Riesmeyer dated October 8, 2001 regarding subrogation claim of Cincinnati Insurance Company

Exhibit 210    Letter from John Damico of Travelers Insurance to David Riesmeyer dated November 10, 2001 regarding Cincinnati Insurance Company v. Pooler Industries

Exhibit 211    Letter from John Farrell to David Riesmeyer dated September 15, 2002 regarding Property/Boiler renewal finalization

Exhibit 212    Letter from Craig Ream to David Riesmeyer dated October 28, 2002 regarding engagement letter

Exhibit 213    E-mail from Lee Rosenthal to J. Berkeley regarding AIG

Exhibit 214    Letter from Richard Shoultz to Scott Starr dated September 10, 2002 regarding Cincinnati Insurance Company v. Pooler Industries

Exhibit 215    Letter from Jim Hendren of AIG to David Riesmeyer dated November 19, 2002 denying coverage

Exhibit 216    Letter from Richard Rosen, counsel for Marsh, to Paula Morency, counsel for Metalforming/DynAmerica dated February 10, 2003

Exhibit 217    Handwritten notes

Exhibit 218     Copy of Travelers Policy for period July 30, 1999 through July 30, 2000 with handwritten notations

Exhibit 219     Copy of Reliance Insurance Company Policy for period July 30, 1999 to July 30, 2000 with handwritten notations

Exhibit 220     Copy of Travelers Insurance Policy for period July 30, 1999 through July 30, 2000

Exhibit 221     Copy of Reliance Insurance Company Policy for period July 30, 1999 to July 30, 2000 with handwritten notations

Exhibit 222     Property Submission prepared by Marsh for August 30, 2000 to August 30, 2001

Exhibit 223     Casualty Submission prepared by Marsh for period July 30, 2001 to July 30, 2002

Exhibit 224     Casualty Insurance Program Summary for period July 30, 2001 to July 30, 2002 prepared by Marsh

Exhibit 225     Insurance Renewal Proposal for period July 30, 2002 to July 30, 2003 prepared by Marsh

Exhibit 226     Copy of Reliance Insurance Industry Policy for Heckathorn Manufacturing Company for period October 1, 1999 to October 1, 2000

Exhibit 227     Copy of Citizens Insurance Policy for Flint Manufacturing Company for period July 1, 1996 to July 1, 1997

In addition, Marsh may seek to introduce any document listed as an exhibit by Plaintiff.

Also, in addition to introducing hard copies of its exhibits, Marsh intends to have its exhibits available in electronic form so that relevant portions of the exhibits can be displayed for the jury.

Defendant, Marsh USA Inc. ("Marsh"), by its counsel, intends to introduce at trial the testimony of two witnesses through the reading of portions of the transcripts of their depositions. The individuals, John Farrell and Sven Cederwall, are both employees of T.J. Adams, which is an insurance broker that also provided brokerage services to Metalforming Technologies Inc. and DynAmerica Manufacturing Company (collectively "MTI"). Specifically, T.J. Adams was retained by MTI to place its property coverage for the policy year 2000-2001, which is the year after the policy year at issue in this case. By the year 2003, T.J. Adams had displaced Marsh completely and was providing all of MTI insurance brokerage services.

Mr. Farrell and Mr. Cederwall testified that for the policy year July 30, 2003, through July 30, 2004, T.J. Adams procured no greater insurance overage than the coverage that Marsh procured for the policy period July 30, 1999 through July 30, 2000. Specifically, Mr. Farrell and Mr. Cederwall testified that the property policy that T.J. Adams purchased for the 2003-2004 policy year did not provide any coverage for the building that DynAmerica leased at 401 Blaine Street in Muncie that was damaged in the fire that gave rise to this case. Also, both Mr. Farrell and Mr. Cederwall testified that the general liability policy that T.J. Adams purchased for the 2003-2004 policy year had a $100,000 fire damage liability sub limit. Also, both Mr. Farrell and Mr. Cederwall testified that the umbrella policy that T.J. Adams purchased for the 2003-2004 policy year contained a "care, custody and control," exclusion that would preclude it from covering any fire damage to the property that DynAmerica leased in Muncie that was damaged in the fire. Further, both Mr. Farrell and Mr. Cederwall testified that they did not obtain or review a copy of the lease for the DynAmerica facility, or for any other of MTI's facilities that were leased instead of owned, prior to placing coverage for  the 2003-2004 policy year.

Notwithstanding this, both Mr. Farrell and Mr. Cederwall testified that they did nothing to breach the standard of care that applies to insurance brokers.

In addition, both Mr. Farrell and Mr. Cederwall testified that months after they had placed the policies for the policy year 2003-2004, Metalforming asked them about the best way to protect against the risk that was made apparent by the fire in March 2000 at the DynAmerica facility and the fact that MTI only had $100,000 in insurance coverage for that fire. Both Mr. Farrell and Mr. Cederwall testified that the appropriate way to protect against that risk was to obtain a mutual waiver of subrogation clause in the lease agreement. Both Mr. Farrell and Mr. Cederwall testified that, at that point and at the request of MTI, they reviewed all of MTI's leases and told them which leases did not have waiver of subrogation clauses. Mr. Farrell and Mr. Cederwall testified that in March 2004, T.J. Adams reported to MTI that the lease for DynAmerica facility did not contain a waiver of subrogation clause. Both Mr. Farrell and Mr. Cederwall testified that to their knowledge MTI took no steps to obtain any additional insurance coverage for the facility that DynAmerica leased in Muncie. Both Mr. Farrell and Mr. Cederwall testified that if on the day of their depositions, September 21 and 22, 2004, respectively, DynAmerica's employees were to negligently start another fire in the building, MTI would have only $100,000 in insurance coverage available.

The depositions of Mr. Farrell and Mr. Cederwall are quite short. Given the central importance of their testimony to the issue of the standard of care applicable to insurance brokers and to the issue of whether MTI would have taken any steps to obtain additional insurance if Marsh had told them that the lease for the Muncie facility did not contain a waiver of subrogation clause, Marsh does not believe that reading summaries to the jury would be

appropriate.  Thus, Marsh designate the following portions of the transcripts of their depositions to be read to the jury.

**Deposition Designations for John Farrell**

Page 1, lines 11 through 12

Page 4, lines 7 through 11

Page 4, line 15 through page 5, line 2

Page 6, line 5 through page 7, line 8

Page 8, line 19 through page 10, line 11

Page 12, line 16 through page 13, line 13

Page 17, line 12 through page 19, line 22

Page 23, line 14 through page 25, line 17

Page 36, line 2 through page 37, line 12

Page 53, lines 4 through 24

Page 54, lines 17 through 22

Page 55, lines 4 through 22

Page 56, lines 9 through 12

Page 57, lines 3 through 5 and lines 15 through 16

Page 69, line 20 through page 72, line 4

Page 72, line 10 through page 75, line 5

Page 75, line 19 through page 80, line 1

Page 81, line 6 through page 84, line 12

Page 87, line 9 through page 88, line 24

Page 89, lines 9 through 17

Page 92, line 18 through page 95, line 5

Page 95, lines 12 through 16

Page 100, line 15 through page 101, line 5

Page 101, lines 7 through 22

Page 111, line 3 through page 112, line 16


**<u>Deposition Designations for Sven Cederwall</u>**

Page 1, lines 11 through 19

Page 11, lines 13 through 14

Page 13, lines 1 through 19

Page 17, lines 16 through 22

Page 18, line 13 through page 22, line 4

Page 22, line 14 through page 32, line 10

Page 33, line 1 through page 34, line 3

Page 34, line 21 through page 36, line 4

Page 38, line 1 through page 39, line 22

Page 42, line 21 through page 44, line 17

Page 45, line 18 through page 46, line 1

Page 58, line 19 through page 59, line 18

Respectfully submitted,

LOCKE REYNOLDS LLP

By: */s/ John K. McDavid*
John K. McDavid, #14890-84
Wade D. Fulford, #19348-49
201 N. Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

Jack B. Cobetto
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Attorneys for Defendant,
Marsh & McLennan Company

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 17th day of March, 2006, a copy of the foregoing was filed

electronically.   Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.

Scott L. Starr, Esq.
Starr Austen Tribbett Myers & Miller
201 South Third Street
Logansport, IN  46947

                                        */s/ John K. McDavid*
                                        John K. McDavid

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800 Phone
317-237-3900 Facsimile
jmcdavid@locke.com
wfulford@locke.com

REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
412-288-7282 Phone

679856_1