IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, INC. as Assignee of METAL FORMING TECHNOLOGIES, INC. and DYNAMERICA MANUFACTURING COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:04-cv-1896-LJM-VSS |
| MARSH USA INC., a/k/a MARSH & McLENNAN COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Plaintiffs, Cincinnati Insurance Company, Inc. as Assignee of Metal Forming Technologies, Inc. and Dynamerica Manufacturing Company, by counsel, and defendants Marsh USA Inc., a/k/a Marsh & McLennan Company, by counsel, having stipulated to the dismissal of all claims asserted in this cause of action, with prejudice,

And the Court being duly advised in the premises,

IT IS HEREBY ORDERED that this cause of action be and hereby is dismissed, with prejudice, the parties to bear their own respective costs, including counsel fees.

Dated: 05/11/2006

*Distribution list attached.*

LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Scott L. Starr
Andrew B. Miller
Starr Austen Tribbett Myers & Miller
201 South Third Street
Logansport, IN 46947

Jack B. Cobetto
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

John K. McDavid
Wade D. Fulford
Locke Reynolds LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961